UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DUDLEY THOMPSON,

Plaintiff,

v.

THE COCA-COLA COMPANY,

Defendant.

Civil Action No.

05 - 30168 - KPN

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant The Coca-Cola Company ("Coca-Cola") files this

Corporate Disclosure Statement:

1.    Defendant Coca-Cola has no parent company.

2.    No publicly held company owns more than a 10% interest in Coca-Cola.

Respectfully submitted,

THE COCA-COLA COMPANY

By its attorneys,

HOLLAND & KNIGHT LLP

Steven H. Wright (BBO No. 535185)
Damon P. Hart (BBO No. 644586)
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated: July 19, 2005

## CERTIFICATE OF SERVICE

I certify that on this **19** day of July, 2005, a true copy of the foregoing document has been furnished by UPS overnight courier to the following attorney of record:

> Michael O. Shea, Esq.
> Law Office of Michael O. Shea, P.C.
> 451 Main Street
> Wilbraham, MA 01095

Damon P. Hart

# 3068631_v1