UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DUDLEY THOMPSON,<br>    Plaintiff | ) )<br>) ) | |
| v. | ) ) ) | Civil Action No. 05-30168-MAP |
| THE COCA-COLA COMPANY,<br>    Defendant | ) ) ) ) | |

<u>ORDER OF RECUSAL</u>
July 20, 2005

NEIMAN, U.S.M.J.

 Pursuant to 28 U.S.C. § 455(a), I hereby disqualify myself in all proceedings related to the above-captioned matter.

                /s/ Kenneth P. Neiman
                KENNETH P. NEIMAN
                U.S. Magistrate Judge