UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| DUDLEY THOMPSON,<br><br>               Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>               Defendant. | Civil Action No. 3:05CV30168 |

## STIPULATION REGARDING FILING ANSWER OR RESPONSE TO COMPLAINT

Counsel for plaintiff, Dudley Thompson, and for defendant, The Coca-Cola Company, hereby stipulate that the deadline for filing an answer or otherwise respond to the complaint shall be extended to on or before August 11, 2005.

| DUDLEY THOMPSON | THE COCA-COLA COMPANY |
|---|---|
| By his attorney | By its attorneys |
| | HOLLAND & KNIGHT LLP |
| /s/ Michael O. Shea | /s/ Damon P. Hart |
| Michael O. Shea, Esq. (BBO #555474) | Steven H. Wright (BBO #535185) |
| LAW OFFICE OF MICHAEL O. SHEA, P.C. | Damon P. Hart (BBO #644586) |
| 451 Main Street | 10 St. James Avenue |
| Wilbraham, MA 01095 | Boston, MA 02116 |
| (413) 596-8005 | (617) 523-2700 |

Dated: August 1, 2005

# 3098339_v1