UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-30168-MAP

DUDLEY THOMPSON,
    Plaintiff

v.

THE COCA-COLA COMPANY,
    Defendant

## JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE

1. Agenda for Scheduling Conference: The parties propose that the agenda for the October 11, 2005, scheduling conference include the following:
   A. Settlement; and
   B. The parties proposed joint discovery plan.

2. Discovery: The parties confirm their obligation to limit discovery set forth in Fed. R. Civ. P. 26(b) and they wish to conduct discovery in phases. The parties propose that the first phase be limited to developing information needed for a realistic assessment of the case and a determination as to whether dispositive motions would be appropriate, and the second phase directed at experts, if any, and otherwise developing the case for trial. The proposed schedule is as follows:
   A. Written Discovery may be served at anytime after the scheduling conference and prior to the close of all non-expert discovery.
   B. All non-expert discovery completed no later than **April 15, 2006**.
   C. Motions to Compel may be filed by at anytime.
   D. Rule 56 Motions: Filed no later than **June 1, 2006**.

3. <u>Expert Discovery</u>:

   A.  If no Rule 56 Motions are filed, Plaintiff to disclose experts, if any, by **June 2, 2006**, and Defendant to disclose experts by **August 2, 2006**. All expert depositions concluded by **September 30, 2006**.

   B.  If any Rule 56 Motions are filed and case not disposed of by the same, Plaintiff to disclose experts within one month after date of decision on said motion, and Defendant to disclose experts within one month after Plaintiff discloses experts. All expert depositions concluded by one month after Defendant's expert disclosure.

4. <u>Local Rule 16.1 Certifications</u>: To be submitted separately by Counsel for the Plaintiff and Counsel for the Defendant no later than **October 7, 2005**.

Respectfully submitted,

| DUDLEY THOMPSON | THE COCA-COLA COMPANY |
|---|---|
| By: /s/ Michael O. Shea | By: /s/ Damon P. Hart |
| Michael O. Shea, Esq.<br>BBO No. 555474<br>Counsel for the Plaintiff<br>Law Office of Michael O. Shea, Esq.<br>451 Main Street<br>Wilbraham, MA 01095<br>Telephone No.: (413)596-8005<br>Facsimile No.: (413)596-8095 | Steven H. Wright, Esq.<br>BBO No. 535185<br>Damon P. Hart, Esq.<br>BBO No. 644586<br>Counsel for the Defendant<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>Telephone No.: (617)523-2700<br>Facsimile No.: (617)523-6850 |

Dated: October 4, 2005