UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| DUDLEY THOMPSON,<br><br>                      Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>                      Defendant. | Civil Action No. 3:05CV30168 |

## DEFENDANT'S CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant The Coca-Cola Company and its counsel affirm that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| THE COCA-COLA COMPANY | COUNSEL FOR THE COCA-COLA COMPANY, |
|---|---|
| /s/ John Lewis<br>By: John Lewis<br>    The Coca-Cola Company | /s/ Damon Hart<br>Steven H. Wright (BBO #535185)<br>Damon P. Hart (BBO #644586)<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, Massachusetts 02116<br>(617) 523-2700 |

Dated: October 7, 2005

# 3285931_v1