UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DUDLEY THOMPSON,            )
    Plaintiff        )
            )
    v.                      ) CIVIL ACTION NO. 05-30168-MAP
            )
THE COCA-COLA COMPANY,      )
    Defendant        )

PRETRIAL SCHEDULING ORDER

October 12, 2005

PONSOR, D.J.

    Counsel for both parties appeared before this court for a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 on October 11, 2005.  Based on counsel's representations, and the joint statement admitted, the court orders as follows:

    1.  All non-expert discovery will be completed by April 15, 2006.  In setting this deadline, the court intends that all interrogatories and requests for production be served, and all depositions be noticed, so as to insure that discovery is <u>completed</u> by the closing date.

    2.  Plaintiff may, in addition, provide the defendant with discovery regarding plaintiff's experts at any time.

    3.  Any motion pursuant to Fed. R. Civ. P. 56 will be filed no later than June 1, 2006 and opposed by June 30, 2006.  The court will thereafter set the motion for hearing.  In establishing this deadline, the court is intending to set an upper limit.  This limit has been established without prejudice to the defendant filing a Motion for Summary Judgment earlier, if one if warranted.

    4.  Assuming no motion for summary judgment is filed by June 1, 2006, plaintiff will provide the defendant with a report as required by Fed. R. Civ. P.

26(a)(2), regarding any expert whose testimony will be offered at trial, no later than June 2, 2006.

5. Defendant's Rule 26(a)(2) report will be disclosed to plaintiff on or before August 2, 2006, and all expert depositions will be completed by September 30, 2006.

6. Following completion of expert depositions, counsel will notify the court that the case is ready for a final pretrial conference.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge