UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| DUDLEY THOMPSON,<br><br>      Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>      Defendant. | Civil Action No. 3:05CV30168 |

## STIPULATION REGARDING THE FILING OF INITIAL DISCLOSURES

Counsel for plaintiff, Dudley Thompson, and for defendant, The Coca-Cola Company, hereby stipulate that the deadline for each party to serve their Initial Disclosures, in accordance with Fed. R. Civ. P. 26(a), shall be extended up to and including November 8, 2005.

| DUDLEY THOMPSON | THE COCA-COLA COMPANY |
|---|---|
| By his attorney | By its attorneys |
| | HOLLAND & KNIGHT LLP |
| /s/ Michael O. Shea | /s/ Damon P. Hart |
| Michael O. Shea, Esq. (BBO #555474) | Steven H. Wright (BBO #535185) |
| LAW OFFICE OF MICHAEL O. SHEA, P.C. | Damon P. Hart (BBO #644586) |
| 451 Main Street | 10 St. James Avenue |
| Wilbraham, MA 01095 | Boston, MA 02116 |
| (413) 596-8005 | (617) 523-2700 |

Dated: October 21, 2005

# 3321734_v1