UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DUDLEY THOMPSON,

                 Plaintiff,

v.

THE COCA-COLA COMPANY,

                 Defendant.

Civil Action No. 05-30168-MAP

## JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES

Plaintiff Dudley Thompson ("Thompson") and defendant The Coca-Cola Company ("Coca-Cola"), hereby jointly move that this Court amend the Scheduling Order to extend all remaining deadlines approximately 90 days.

As grounds for this motion, the parties state as follows:

1.      On May 13, 2005, the plaintiff filed this action in the Massachusetts Superior Court.

2.      On July 20, 2005, Coca-Cola removed this matter to this Court on the basis of diversity.

3.      On October 11, 2005, the Court held an initial Scheduling Conference pursuant to Local Rule 16.1 of the Local Rules of the District of Massachusetts, and entered a Scheduling Order. Under that Scheduling Order, fact discovery closed on April 15, 2006.

4.      The parties have exchanged written discovery and both sides are requesting supplemental responses be made to these written requests.

5.      During the week of April 10th through the 14th, the parties conducted a number of depositions, including the depositions of key defense witnesses and the plaintiff himself. As a result of these depositions, both parties have discovered additional areas of inquiry and discovery that may

# 3755695_v1

involve third parties.  The parties are actively engaged in discussions to limit and narrow the additional discovery.  Additional time, however, is necessary to complete this discovery.

6.    There have been no previous requests for modification or extension of the Scheduling Order.  Thus, this is the parties' first such request for an extension.

Accordingly, the parties jointly request that this Court modify its October 12, 2005 Scheduling Order to reflect the following new deadlines:

a.  All non-expert discovery                July 15, 2006

b.  Dispositive motions                      September 1, 2006

c.  Oppositions to dispositive motions       October 1, 2006

d.  Replies to dispositive motions           November 1, 2006

e.  Case ready for trial                     December 1, 2006

Respectfully submitted,

DUDLEY THOMPSON                              THE COCA-COLA COMPANY,

By his attorney                             By its attorneys,

/s/ Michael O. Shea                         /s/ Damon P. Hart
Michael O. Shea (BBO No. 555474)            Steven H. Wright (BBO No. 535185)
LAW OFFICE OF MICHAEL O. SHEA, P.C.         Damon P. Hart (BBO No. 644586)
451 Main Street                             HOLLAND & KNIGHT LLP
Wilbraham, MA 01095                         10 St. James Avenue
(413) 596-8005                              Boston, MA 02116
owenshea@aol.com                            (617) 523-2700
                                            steven.wright@hklaw.com
                                            damon.hart@hklaw.com

Dated:    May 4, 2006

# 3755695_v1

- 3 -

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 4th of May, 2006.


          /s/ Damon P. Hart
          Damon P. Hart