UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DUDLEY THOMPSON,
                          Plaintiff,
        v.
THE COCA-COLA COMPANY,
                          Defendant.

Civil Action No.  3:05CV30168

## DEFENDANT THE COCA-COLA COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b), the defendant, The Coca-Cola Company ("Coca-Cola" or the "Company") hereby moves for summary judgment on all claims of race discrimination and retaliation under M.G.L. c. 151B ("Chapter 151B") brought by the plaintiff, Dudley Thompson.

As grounds for this motion, Coca-Cola states that Thompson, a Black man of Jamaican descent, cannot prove that his termination was the result of racial discrimination or retaliation. Instead, the undisputed material facts demonstrate that a neutral Separation Review Committee legitimately terminated him after he took an unauthorized three-week vacation on eight-hours' notice during the height of annual production at the plant where he worked.  Moreover, the committee's termination decision was appropriate because Thompson had a long history of poor performance, including missing a shift and missing an important management meeting without a valid excuse only months earlier.

In further support of this motion, Coca-Cola relies upon the following documents which are submitted herewith:

1.      Defendant The Coca-Cola Company's Memorandum of Law in Support of Defendant's Motion for Summary Judgment;

2.      Defendant The Coca-Cola Company's Statement of Undisputed Material Facts Pursuant To Local Rule 56.1;

3.    Affidavit of Martin Duval;

4.    Affidavit of Celine Lasonde;

5.    Affidavit of James Lane;

6.    Affidavit of Sean Rutherford;

7.    Affidavit of Diego Garcia; and

8.    Affidavit of Damon Hart, Esq.

WHEREFORE, Coca-Cola hereby requests that this motion be allowed and that summary

judgment enter in its favor on all counts of plaintiff Dudley Thompson's Complaint.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), defendant Coca-Cola  respectfully requests a hearing on

its Motion for Summary Judgment.

THE COCA-COLA COMPANY

By its attorneys,

Holland & Knight LLP

/s/ Damon P. Hart
Steven H. Wright (BBO No. 535185)
Damon P. Hart (BBO No. 644586)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated:  September1, 2006

## LOCAL RULE 7.1 CERTIFICATION

I, Damon P. Hart, hereby certify that I have contacted Michael Shea counsel for the

Plaintiff, and attempted in good faith to resolve or narrow the issue raised in this motion.  These

efforts were unsuccessful.

/s/ Damon P. Hart
Damon Hart

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 1, 2006.

<u>/s/ Damon P. Hart</u>
Damon Hart

# 4022500_v1