**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

DUDLEY THOMPSON,

                Plaintiff,

v.

THE COCA-COLA COMPANY,

                Defendant.

Civil Action No.  3:05CV30168

## DECLARATION OF CELINE LASONDE

I, Celine Lasonde, under oath do depose and state that:

1.     I am the Manager of Human Resources at The Coca-Cola Company's ("Coca-Cola") Northampton, Massachusetts plant.  In this capacity, I have personal knowledge of the facts contained in this affidavit or in said capacity, have access to the business records of the Human Resources Department relied on to make the statements in this affidavit.  Such records were created and maintained on Coca-Cola's proprietary computer system in good faith and in the regular course of business at Coca-Cola.  To the best of my knowledge, the records are true and accurate.

2.     Coca-Cola has won numerous awards and accolades for its workplace diversity programs and results.  In particular, Coca-Cola has been recognized as an employer of choice for African-Americans.  Coca-Cola was recently named: One of the 40 Best Companies for Diversity by *Black Enterprise* magazine; One of the Top Ideal Employers for African-Americans by *Savoy Professional* magazine; One of the Top 50 Companies for Minorities by *Fortune* magazine and the recipient of the 2006 ROBIE Achievement in Industry Award from the Jackie Robinson Foundation for efforts to promote minority recruitment and advancement, just to name

a few. See a complete list of Coca-Cola's diversity awards and accolades is attached as Exhibit 1.

3.     In furtherance of these core values, Coca-Cola has a comprehensive antidiscrimination and workplace dispute resolution system.

4.     According to the policy, "if an employee has concerns or feels he/she or a co-worker has been subjected to harassment or discrimination the employee should contact the appropriate Human Resources representative immediately." Further, the Human Resources representative must take immediate action by conducting an investigation." A true and accurate copy of this policy is attached hereto as Exhibit 2.

5.     The policy also requires managers to "take responsibility to prevent acts of discrimination and harassment." Moreover, all employees are responsible for "maintaining an environment that prohibits discrimination and harassment."

6.     In addition to local management and local HR representatives, an employee who has a dispute or who feels that they have been discriminated against has several avenues of reporting and resolving these concerns:

- Solutions--A formal multi-step approach to resolving workplace issues;

- Ombuds--A confidential dialog with an independent neutral resource.

- Employee Reporting System/ERS—An easy-to-use, toll-free phone number to report issues of concern. True and accurate descriptions of these programs are attached hereto as Exhibits 3, 4 and 5.

7.     Coca-Cola uses a variety of means to inform its employees about these policies and reporting avenues including emails, intranet postings, bulletin board postings and brochure mailings.

8.     In 2002, Coca-Cola initiated a number of mandatory classes to further improve its workplace environment including:

# 4009927_v1

- Civil Treatment for Managers
- Civil Treatment for Employees
- Leveraging the Power of People & Ideas
- Maximizing Performance
- Coaching & Feedback

9.    In 2002, Harris was granted a number of absences pursuant to the FMLA because of significant health problems suffered by her young daughter.

10.    Harris submitted the required medical documentation to justify her absences.

11.    In or about June 2000, Jerry Goodsell interviewed Thompson and recommended that he be hired.  As a result, Thompson was hired as one of the Plant's four Production Supervisors.

12.    Thompson received numerous verbal and written warnings regarding his performance failures from at least three different members of management over the course of three years including Klenzing, Plawinski, and Goodsell, including but not limited to the following:

- May 24, 2001 – Corrective Action Memo from Walter Klenzing to Dudley Thompson. A true and accurate copy of this Memo is attached here to as Exhibit 6;

- October 4, 2001 – Written Warning Memo from Walter Klenzing to Dudley Thompson.  A true and accurate copy of this Memo is attached here to as Exhibit 7;

- November 14, 2001 – Monthly Performance Summary Memo from Walter Klenzing to Dudley Thompson re: performance improvement plan.  A true and accurate copy of this Memo is attached here to as Exhibit 8;

- December 12, 2001 – Written Warning Memo from Walter Klenzing to Dudley Thompson. A true and accurate copy of this Memo is attached here to as Exhibit 9;

- May 30, 2003 – Performance counseling memo from Darren Plawinski to Dudley Thompson. A true and accurate copy of this Memo is attached here to as Exhibit 10;

- August 11, 2003 – Written Warning Memo from Darren Plawinski to Dudley Thompson;  A true and accurate copy of this Memo is attached here to as Exhibit 11.

13.    Furthermore, attached hereto are true and accurate copies of the following documents:

# 4009927_v1

- 3 -

- March 1, 2001--Written Performance Improvement Plan Memo to Diego Garcia from Dirk Lunsford. A true and accurate copy of this Memo is attached here to as Exhibit 12;

- May 30, 2003--Performance Counseling Memo to Diego Garcia from Darrin Plawinski. A true and accurate copy of this Memo is attached here to as Exhibit 13;

- June 2, 2003--Performance Counseling Memo to Sean Rutherford from Darrin Plawinski. A true and accurate copy of this Memo is attached here to as Exhibit 14;

- June 4, 2003--Performance Counseling Memo to Martin Duval from Darrin Plawinski. A true and accurate copy of this Memo is attached here to as Exhibit 15;

- July 14, 2003-- Performance Counseling Memo to Sean Rutherford from Darrin Plawinski. A true and accurate copy of this Memo is attached here to as Exhibit 16;

- July 15, 2003--Performance Counseling Memo to Martin Duval from Darrin Plawinski, A true and accurate copy of this Memo is attached here to as Exhibit 17;

- July 15, 2003--Performance Counseling Memo to Diego Garcia from Darrin Plawinski. A true and accurate copy of this Memo is attached here to as Exhibit 18;

- September 16, 2003 – Memo from Jerry Goodsell to Jim Lane regarding Dudley Thompson "no show" on September 15, 2003. A true and accurate copy of this Memo is attached here to as Exhibit 19;

- September 23, 2003—Email from Goodsell to Thompson. A true and accurate copy of this Memo is attached here to as Exhibit 20;

- January 7, 2004, Suspension Letter to Thompson. A true and accurate copy of this Letter is attached here to as Exhibit 21;

- January 22, 2004, Memorandum outlining the findings of the investigation and recommending Thompson's termination. A true and accurate copy of this Memo is attached here to as Exhibit 22;

- January 23, 2004, Termination Letter. A true and accurate copy of this Letter is attached here to as Exhibit 23.

Signed under the penalties of perjury this 30th day of August .

*Celine Lasonde*

Celine Lasonde

# EXHIBIT 1

## DIVERSITY

- One of 40 Best Companies for Diversity, *Black Enterprise*, learn more »
- International Leadership Award, Anti-Defamation League, learn more »
- Top 100 Ideal Employers for African-Americans, *Savoy Professional* magazine (Universum Communications study), learn more »
- Top 50 Companies for Diversity, *DiversityInc* magazine, learn more »
- America's Top Corporations for Women's Business Enterprises, Women's Business Enterprise National Council, learn more »
- 2006 ROBIE Achievement in Industry Award from Jackie Robinson Foundation for efforts to promote minority recruitment and advancement, learn more »
- Top 100 Companies Providing Most Opportunities for Hispanics, *Hispanic* Magazine (2006)
- Top 50 Corporations for Supplier Diversity, *Hispanic Trends* (2006)
- Corporate Social Responsibility Award, National Puerto Rican Coalition (2005)
- Top 50 Recruiting Companies in America for Hispanics, *Hispanic* Magazine (2005)
- Top 50 Corporations for Supplier Diversity, *Hispanic Trends* (2005)
- Top 100 Companies Providing Most Opportunities for Hispanics, *Hispanic* Magazine (2005)
- LATINA Style 50, *LATINA Style* Magazine (2005)
- America's Top Family Friendly Companies, *Vista* Magazine (July issue, 2004)
- Top 100 Companies Providing Most Opportunities for Hispanics, *Hispanic* Magazine (2004)
- Corporation of the Year Award, U.S. Hispanic Chamber of Commerce (2004)
- LATINA Style 50, *LATINA Style* Magazine (2004)
- 50 Best Companies for Minorities, *Fortune* (2004)
- Corporation of the Year Award, Georgia Minority Supplier Development Council (2004)
- Top 50 Companies for Minorities, *Diversity Inc.* (2004)
- The 2004 Diversity Achievement Corporate Award, District Two - American Advertising Federation (2003/2004)
- Top 50 Companies for Diversity, Diversity Inc. (2003/2004)
- Top 25 Corporations Doing Business with Women Business Entrepreneurs, Women's Business Enterprise Alliance (2003)
- Corporate Commitment to Minority Business Entrepreneurs Award, Houston Minority Business Council (2003)
- Corporate Commitment Award, Native American Chamber of Commerce (2003)
- Corporate Commitment Award, Houston Minority Business Development Council (2003)
- The Crystal Award, Georgia Minority Supplier Development Council (2003)
- America's Top Organization for Multicultural Business Opportunities, DIV 2000.com (2003)
- Diversity Award, Asian Pacific American Heritage Month Celebration Committee (2003)
- Corporate Member of the Year, Asian American Chamber of Commerce (2003)
- Onyx Business Trailblazer Award, Black Business Professionals and Entrepreneurs (2003)
- LATINA Style 50, *LATINA Style* Magazine (2003)
- 50 Best Companies for Minorities, *Fortune* (2003)
- Lifetime Stewardship Award, The Ronald McDonald House Charities (2003)
- Top-50 Most Diverse Companies in Corporate America, Diversity Inc. (2003)
- Top-50 American Company for Multicultural Business Opportunities, Div2000 (2002)
- Corporation of the Year Award, LaVision (2002)
- Hispanic's Corporate 100, *Hispanic* Magazine (2002)
- Outreach Award, Partnering for Diversity in Construction (2002)
- Appreciation Award, Department of Commerce - Minority Business Development Agency (2002)
- Governor's Mentor Protégé Program, Georgia Governor - Roy Barnes (2002)
- Trading Partner of the Year, Rainbow Push Peachtree Street Project (2002)
- Chairman's Award to Carl Ware, Antioch Urban Ministries, Inc. (2002)

- A Company that Cares, United Way of Metropolitan Atlanta (2002)
- A+ Award for Tutor Program, Atlanta Partners for Education (2002)
- Mexican Grocer's Association Award, Mexican Grocers Association (2002)
- Top 50 Diversity Employers, The Black Collegian (2002)
- Most Admired Company in Argentina, *Clarin* Newspaper (2002)
- Diversity Leadership Award, Diversity Best Practices (2002)
- 50 Best Companies for Minorities, *Fortune* Magazine (2002)
- 50 Best Companies for Latinas to Work in the United States, *LatinaStyle* Magazine (2002)
- Top 50 Companies to Work for in America, National Society of Black Engineers (2002)
- Frederick D. Patterson Award, United Negro College Fund (2002)
- 50 Best Companies for Minorities, *Fortune* Magazine (2001)
- Most Admired Company in South Africa, Makinor (2001)
- Top International Company in Malaysia, *Far Eastern Economic Review* (2001)
- Top 10: Most Admired Companies in Turkey, *Capital* Magazine (2001)
- Top-50 American Company for Multicultural Business Opportunities, Div2000 (2001)
- Asia's Most Admired Companies, *Asian Business* Magazine (2000)

Read more about our commitment to diversity »

ENVIRONMENT

- Ministry of the Environment Award, Coca-Cola Korea Bottling Company (July 2006)
- Jilin Environment Friendly Enterprise, Jilin COFCO Coca-Cola Beverages Co., Ltd., China (2006)
- Pollution Control Award 2005-2006, Coca-Cola India Patna Unit, Bihar State Pollution Control Board (June 2006)
- Golden Peacock Environment Management Special Commendation Award, World Environment Foundation (June 2006), learn more »
- Environmental Award, Coca-Cola Korea Bottling Company, Minister of Environment, (June 2006)
- Social reporting transparency, Roberts Environmental Center (January 2006), learn more »
- Harbin Coca-Cola Beverages Co., Ltd. in China awarded Outstanding Environment Protection Unit (2005)
- Bhagidari Award, Coca-Cola India water conservation and environmental management, Delhi government (2005)
- Environmental initiatives, Hindustan Coca-Cola Beverages Private Limited (2005), learn more »
- Environmental Protection Award for Corporate Citizens, American Chamber of Commerce in Shanghai (November 2005)
- Coca-Cola India bottling plant at Kaladera awarded prestigious Golden Peacock Environment Management Award – 2005 by The World Environment Foundation (WEF), in recognition of world-class environmental practices
- Coca-Cola India plant in Ameenpur, Hyderabad, took second place at prestigious Golden Peacock National Quality Awards
- Hindustan Coca-Cola Beverages Dasna plant in India received Golden Peacock Environment Management Award 2004
- International Standardization Organization (ISO) 14001 certificate to Coca-Cola Bottling Indonesia for environmental protection programs at its plants
- Coca-Cola India received a water conservation and pollution control award from Andhra Pradesh Government on World Environment Day (June 2003)
- 2002 U.S. Environmental Protection Agency's (EPA) Environmental Achievement Award

- Coca-Cola Fountain's Lehigh Valley Syrup Plant was recently honored with the 2001 Governor's Award for Environmental Excellence for outstanding achievement in the area of resource protection
- Recognition as the company that did the most for the environment in 2001, awarded by the weekly magazine Dossier del Medio Ambiente in Spain based on reader response
- Junior Achievement Innovation Award for an environmental program in Argentina aimed at increasing the environmental awareness of 12-year-olds, created through a partnership between Junior Achievement and Coca-Cola de Argentina
- Golden Peacock Award from the World Environment Foundation for effective environmental management at the Hindustan Coca-Cola plant at Ameenpur Village, near Hyderabad, India
- Recognition from the environmental division of The Society of Plastics Engineers for responsible stewardship of the environment
- Tunisian Ministry of Environment award for best initiative to reduce plastic waste

Read more about our commitment to the environment »


COMPANY

- Best Employer of the Year, Polish students community (June 2006)
- Citizenship efforts, Committee for Economic Development (June 2006), learn more »
- International Supplier of the Year, Wal-Mart (May 2006), learn more »
- China's Best Corporate Citizen Conduct Award, *21st Century Business Herald* (December 2005), learn more »
- 2005 China Philanthropy Award, China Charity Federation (November 2005)
- Best Corporate Citizen, China's Ministry of Civil Affairs (November 2005)
- Guangming Corporate Social Responsibility Award for Multinationals, *Guangming Daily*, (September 2005)
- Model Corporate Citizen, China Charity Federation and *China Trade News* (September 2005)
- Coca-Cola India's Jaipur plant received compliance award from Rajasthan Government for "zero default and 100 percent compliance"
- Coca-Cola Foundation Indonesia recognized at Asian Forum on Corporate Social Responsibility for Jogjakarta Study Centre for Indonesian youth
- Hindustan Coca-Cola Beverages Pvt. Ltd. received Best Management Award in the State by government of Andhra Pradesh for people management practices
- Coca-Cola Vietnam received Award of Recognition from Ho Chi Minh City's Women's Union for its Pushcart Program (2005)
- Coca-Cola in Vietnam awarded prestigious 2004 Golden Dragon Prize for contributions to development of Vietnam's economy (*Vietnam Economic Times*)
- Coca-Cola India ranked as top 10 most respected company in India
- Coca-Cola India received Bhagidari Award from Delhi Chief Minister Sheila Dikshit for Company's efforts and contributions towards community development programs
- Thai Pure Drinks awarded Royal Garuda in recognition of corporate citizenship efforts and important role in Thai society
- The Coca-Cola Company placed first in Food and Beverages segment of "World's Most Respected Companies Survey 2004" and fifth overall (*Financial Times*/PricewaterhouseCoopers)
- Coca-Cola India placed in top ten of most respected companies survey (*Businessworld*, India's only business weekly)
- F&N Coca-Cola (Singapore) Pte Ltd received Ministry of Health Bronze HEALTH Award (2004)
- The Coca-Cola Company received America's Second Harvest Donor of the Year Award (2004 Hunger's Hope Awards)

- F&N Coca-Cola Singapore awarded Arts Supporter Award by National Arts Council (board responsible for spearheading development of the arts in Singapore)
- Coca-Cola India recognized by Rajiv Gandhi Foundation (RGF) for participation in motorized triwheeler scheme for the disabled
- Hindustan Coca-Cola Beverages in India honored as "best private company" in the state by Government of Tamil Nadu for providing employment opportunities to physically challenged people
- Coca-Cola Romania's "Magic of Books" program received corporate community programs award at national "People to People" awards ceremony
- The Coca-Cola Foundation in Mexico recognized by Mexican Philanthropic Society as a Socially Responsible Corporate Citizen for fourth consecutive year, and by *Procura*, one of Mexico's leading educational and training organizations, for its support of sponsorships, school programs and other non-profit initiatives
- Coca-Cola Mexico recognized by Mexican Alliance for Corporate Social Responsibility (AliaRSE) as a Socially Responsible Company for fourth consecutive year (sponsored by the Mexican Center for the Filantropía (CEMEFI))
- Coca-Cola New Zealand's music strategy recognized as Best in Show, Best Use of Research and Best Integrated Media Campaign (CAANZ Media Awards)
- Wal-Mart Grocery Suppliers of the Year 2003 awarded to teams in Brazil and North America
- The Coca-Cola Company ranked most respected food/beverage company of 2003 (*Financial Times*)
- The Coca-Cola Company named "Most Admired" company by South African consumers (*Sunday Times* survey)
- Coca-Cola Amatil received AA rating in social responsibility (RepuTex index, 2003)
- Minute Maid received Wal-Mart's prestigious Supplier of the Year Award in the dairy category; the Company's Wal-Mart Team was named Supplier of the Quarter in the food category
- "Fascination Coca-Cola - Insights into a Myth" exhibition in Bonn, Germany received PR Report's 2003 Public Relations Award in the Design Category
- The Coca-Cola Company named fourth in ranking of top multinational companies in Asia-Pacific region (2002 survey by Far Eastern Economic Review (FEER), Hong Kong)
- The Coca-Cola Company ranked #3 for Best Repution 2002 by the Harris Interactive Inc. survey
- Coca-Cola Chile awarded "Most Socially Responsible Company in Chile" (third consecutive year), Mori National Survey, 2002
- Coca-Cola Nigeria recognized by Hope Worldwide for its humanitarian involvement in fighting the HIV/AIDS epidemic (January 2003)
- Golden Peacock Award for Global Excellence in Corporate Governance, by the World Council for Corporate Governance (India, 2002)
- Corporate Citizenship Award for "Schools for a Change" program in Argentina (American Chamber of Commerce in Argentina)
- Leader in consumer satisfaction in Korea, for the second year in a row (National Customer Satisfaction Index, 2002, an annual survey)
- Most admired company in Argentina (*Clarín* Newspaper, 2002)
- 2002 Corporate Excellence Award in Egypt by the US State Department for the company's involvement in community initiatives
- Ballina Beverages, our company's newest and most advanced concentrate manufacturing plant, has received the Excellence Through People certification, developed by the Irish National Training Agency
- World's Most Socially Responsible Company, according to 20-country consumer survey by the Chilean branch of Market & Opinion Research International (MORI)
- Legendary Impact on Sports Award from the Atlanta Sports Council
- 2001 Corporate Citizenship Award from the United States Chamber of Commerce for working

with Reading is Fundamental (RIF) to improve literacy across the United States

- Top spot in the beverage segment of the National Customer Satisfaction Index in South Korea Seoul
- South Korea's highest honor for community service in recognition of the company's Christmas campaign
- Number-three ranking in the third annual reputation survey (2001) by Harris Interactive and the Reputation Institute
- "The Service to Peace through Corporate Responsibility Award" from the Pacem in Terris (Peace on Earth) Institute in recognition of the company's long-term commitment and large-scale initiatives in the economic and community development of Africa
- Most Admired Company in 2001 in South Africa (Makinor, a local market research company)
- 2001 Award of recognition for contributions to South African Football Association
- Most admired company in Chile (research conducted by Price Waterhouse Cooper)
- Number Five ranking in the *Financial Times*/PriceWaterhouseCoopers annual "World's Most Respected Companies" list
- Number Six ranking in Far Eastern Economic Review's 2001 list of Asia's leading companies
- Number One ranking among Companies with the Best Image in Argentina, conducted by *Negocios* Magazine (based on a poll of business people, politicians, journalists, young professionals and university students in Buenos Aires)

## BRANDS

- Coca-Cola ranks #1, *BusinessWeek*/ Interbrand Global Brand Rankings (six years running) (July 2006), learn more »
- Coca-Cola ranks #3, Best Brand Poll, Harris Interactive (June 2006)
- Coca-Cola among Top 10 Socially Responsible Brands, Alloy Media + Marketing (ranked by U.S. college students) (June 2006)
- Coca-Cola Singapore's Heaven and Earth Revita White Tea 300-ml packaging design received "Best in Show" honors at 11th annual Beverage Package Design Awards
- Coca-Cola and BonAqua awarded "Best product of the year" in "soft drinks" and "water" categories respectively by the National Trade Association of Russia (2005)
- Kiwi Blue Pure Spring Water received silver in packaging category at 2005 Summit Creative Awards in Portland, Oregon
- Schweppes ranked as most trusted and Coca-Cola as second most trusted soft drink in New Zealand (*Readers Digest* survey, 2005)
- Coca-Cola named New Zealand's favorite carbonated soft-drink brand (Consumer's Choice Awards for top selling supermarket brands, ACNielson)
- POWERADE Mountain Blast chosen by New Zealand consumers as favorite sports drink (People's Choice Awards, *Foodtown Magazine*, March 2005)
- Vanilla Coke voted favorite Malaysian youth drink for 2004
- For third straight year, Coca-Cola named Ireland's top retail brand in *Checkout* magazine survey
- For fourth consecutive year, Coca-Cola ranked #1 in *BusinessWeek*/Interbrand's annual ranking of the world's strongest brands, "100 Best Global Brands"
- For fifth consecutive year, Coca-Cola achieved platinum status in *Reader's Digest* SuperBrands Survey of Asia's favorite soft drinks
- Bonaqua bottled water voted gold SuperBrand by consumers for third year in a row in Hong Kong
- Coca-Cola, 2004 Superbrand of the Year in Denmark -- Coca-Cola was named Superbrand's No. 1 brand for 2004, competing with more than 200 other recognizable brands such as Mercedes-Benz and Nike for the top spot
- Coca-Cola voted New Zealand's favorite soft drink (*Foodtown Magazine* People's Choice Awards, 2004)

- Bonaqua mineral water voted most trusted brand in Finland, mineral water category (*Readers' Digest*, 2004)
- Coca-Cola named "Best Brand" by South African consumers (*Sunday Times* survey)
- Coca-Cola.com and CokeMusic.com recognized by the Web Marketing Association: Coca-Cola.com as "Outstanding Web site" and CokeMusic.com as "Best Online Community Web site" (2003)
- For the fifth year in a row, Coca-Cola named Most Valuable Global Brand (*Interbrand*, 2003)
- For the fifth year in a row, Coca-Cola voted a "Superbrand" in the soft drink category (2003 *Thai and Asian Readers' Digest* consumer survey)
- For third year in a row, Coca-Cola named People's Favourite Brand in the soft drinks category of the "Narodnaya Marka," or People's Brand Awards (Russia)
- France's "Top Com d'or Consumer" for the best 2002 marketing/promotional program by a professional French communication and marketing association
- In South Africa, Coca-Cola named the country's most admired brand in the *Sunday Times-Markinor* Top Brands Survey
- Pegasus Award winner for Most Trusted Brand, Soft Drinks category (*Reader's Digest*, Europe, 2002)
- Coca-Cola world's most valuable brand (*Interbrand* 2002)
- Coca-Cola ranked as the strongest, best-known brand in the U.S.(2002)
- Coca-Cola named Malaysia's favorite soft drink in the *Reader's Digest* 2002 Platinum Superbrand content
- Coca-Cola named Best Brand overall, *SuperBrands* Award 2002, Malaysia
- Coca-Cola world's best-selling brand (ACNielsen)
- Coca-Cola received *Brand Marketing* magazine's 2001 Hall of Fame Award
- Coca-Cola named South Africa soft drink Brand of the Year (Makinor, a local market research company)
- Coca-Cola received Superbrand Award (*Superbrands* Tribute Event 2001, Great Britain)
- Coca-Cola most remembered trademark in Colombia (*Portafolio* magazine)
- Coca-Cola named favorite soft drink in Asia (2001 *SuperBrands* survey)
- Coca-Cola named number-one beverage in Korea (consumer survey by *Chosun Ilbo* newspaper)

Learn more about the brands we offer around the world »


ADVERTISING

- Qoo, finalist, "Best Breakthrough Website" category, Asia Interactive Awards (August 2006), learn more »
- Coca-Cola, Coca-Cola Zero ads win awards at Cannes Festival, learn more »
- U.K. daily gives Coca-Cola Zero "Star Choice" Award, learn more »
- U.K. football campaigns honored by sports marketing industry, learn more »
- Coca-Cola Ramadan television commercial ("One Promise") received Gold Award for Best Cinematography, Best Production Design and Best Costume Design, and Bronze Award for Best TV Commercial (10th Malaysian Video Awards, December 2005)
- The Coca-Cola Company recognized as Best Advertiser in Iberoamerica (El Ojo de Iberoamérica Advertising Award, 2005)
- Australian sales promotion "Cash in Your Coke" received Gold Award for Best Use of Advertising in a Promotion (Australasian Promotion Marketing Awards of Excellence, 2005)
- Coca-Cola Russia's "Class League Ole' Coca-Cola"program awarded Silver Mercury Prize for Best Socially Oriented Marketing Program
- New Zealand's CokePlay summer promotion won silver at Australasian Promotion Marketing

Association excellence awards for "Best Use of Interactive Media"

- Coca-Cola light's "Reveal" campaign awarded best ad in Singapore by Singapore Press Holdings (Singapore's biggest publishing network, June 2005)
- Coca-Cola Beat Game, youth marketing initiative from Coca-Cola Philippines, received Creative Guild's "Campaign of the Year" award (June 2005)
- 2004 Olympic Torch Relay website received iNova Award for Excellence in Corporate Websites
- Two Coca-Cola Australia promotions received awards at 2004 Asian Brand Marketing Effectiveness Awards: "Coca-Cola Live 'n Local" received Gold award for Best Event Marketing; "Thrillseeker" won Gold for Best Sales Promotion and Silver for Innovative Marketing and New Media
- Coca-Cola Australia Diet Coke television advertisement, "Experiment a Little," voted campaign of the year by leading industry magazine *B&T*
- Coca-Cola Australia Coca-Cola Live 'n Local promotion awarded Gold for best event marketing (Asian Brand Marketing Effectiveness Awards, 2004)
- Coca-Cola Australia Thrillseeker promotion awarded Gold for best sales promotion and Silver for innovative marketing and new media (Asian Brand Marketing Effectiveness Awards, 2004)
- Coca-Cola India won EFFIE Gold for second year running for "Paanch Matlab Chotta Coke" campaign (EFFIES 2004)
- Coca-Cola India received Gold Award at Promotion Marketing Awards of Asia (PMAA) for "best use of interactive media" with www.myenjoyzone.com
- Coca-Cola Nordic Region received Bronze Lion for new Sprite campaign and website, www.theinstinct.com (51st International Advertising Festival -- Cannes Lions 2004)
- Coca-Cola China received the Bronze World Medal in the soft-drinks category at the New York Festivals for the Coca-Cola light advertisement "Magazine"
- Coca-Cola Great Britain's "Just For The Taste Of It" Diet Coke promotion voted most catchy advertising jingle of all time (*The Guardian*)
- Coca-Cola light print advertising campaign in Italy received Top Brand Advertising 2003 Award (*Daily Media* and *Mediaforum*)
- Coca-Cola Malaysia Haj campaign received a silver and two bronze awards at the Kancil Awards, honoring Malaysia's best TV, radio, print, and point-of-sale campaigns
- Coca-Cola Italy Sprite Pirate Music Attack promotion received Stella d'Oro Grand Prix first prize, non-alcoholic beverage category
- Fanta received a Television Commercial Gold Medal for the third consecutive year at 43rd All Japan Radio & Television Commercial Confederation Festival
- Coca-Cola Light Lemon received Press Campaign of the Year Award at Singapore Advertising Hall of Fame Awards 2003
- Coca-Cola Amatil multipack display unit in Australia awarded Point of Purchase Advertising International (POPAI) gold award for innovation
- Coke light Man 2003 campaign in Germany received Konvergenz Award for skillful use of the Web as a communication tool
- Coca-Cola Germany given Neo Award for best Web site in advertising category -- www.coca-cola.de chosen by Internet users as favorite brand site
- Vanilla Coke Web site in Germany (www.vanilla-coke.de) awarded Flash Master 2003 award for best commercial application at Munich Flash Film Night
- Radio spot "Quarrel" for Coca-Cola advertising campaign in Bangladesh, "Dil Thanda To Duniya Thanda," received Best Radio Campaign award at Sangbad Protidin Srijon Samman 2003 (Awards for Excellence in Bengali Advertising 2003). Television ad received second runner-up award.
- Coca-Cola Nigeria awarded "Best Use of New Media" and "Best Use of Outdoor Media"at *BRANDFaces* Marketing Awards for biggest outdoor billboard in Africa
- Coca-Cola India won two Gold Lions at the Cannes Lions International Advertising Festival for

*Thanda Matlab* Coca-Cola cross-media campaign
- Danish Fanta Shokata campaign awarded Bronze Lion at "Cannes Lions" marketing Grand Prix in France
- Coca-Cola Spain named 2002 Advertiser of the Year by the Spanish Association of Advertising Agencies (AEAP)
- The Coca-Cola Company named Advertiser of the Year for 2002 "For Everyone" campaign (INTE Awards for Spanish-language television in Latin America, Spain and the U.S.)
- Sprite TV campaign recognized with first ANDA (national advertisers association) advertising award for best commercial advertising campaign (Peru, 2003)
- Coca-Cola Spain awarded Grand Golden AMPE (best advertisement of 2002) for 'Cyrano' campaign and Television Silver AMPE for 'Chihuahua' commercial (Association of Advertising Media in Spain)
- Coca-Cola Real ad, "The Apology," received the Orchid Award for television ad of the week (South Africa)
- Coca-Cola Taiwan Web site named the top corporate Web site 2002 ("Click!" Awards, Taiwan's number one interactive design award)
- Coca-Cola Sri Lanka received gold award in Interactive Marketing category for "Coca-Cola Fanzone" cricket Web site (Sri Lanka Institute of Marketing (SLIM) Awards )
- Coca-Cola India awarded "The Advertiser of the Year" and "Campaign of the Year" for "Thanda Matlab Coca-Cola" campaign (Advertising Agencies Association of India)
- Bronze World Medal in the "non-alcoholic beverages" category for Mad River television campaign (New York Festivals, January 2003)
- Print Winner in the Non-Alcholic Drinks category for the Schweppes Mixers "Stolen Shots" campaign in Great Britain (EPICA Awards, 2002)
- Finalist Certificate at the New York Festivals New Media Awards for Coca-Cola Malaysia's Web site, www.coke.com.my (2002)
- Gold Trophy in the Beverage Category for the Fanta "Flying Can" television commercial (Ninth China Advertising Festival, 2002)
- Gold Award at the Fourth Annual Singapore Advertising Hall of Fame Awards 2002
- Eikon 2002 Award for Coca-Cola de Argentina Web site, exhibiting exceptional use of creativity, design, content and technology, awarded to www.coca-cola.com.ar (*Imagine* magazine)
- Awards for advertising in Argentina -- "For Everyone," "Avalance," "Yupanqui," "Trip," and "Lucky Charm" ( Iberoamerican Eye Awards 2002)
- Cresta Award for creative local advertising in Panama
- Crystal Apple Advertising Award for "Heartfelt Support", an ad depicting football passion in Turkey (top award in the National Advertising Award Competition in Turkey)
- Coca-Cola has been voted one of Hong Kong's 'Platinum Superbrands' for the third time in a survey conducted throughout Asia by Reader's Digest magazine
- Best of All Categories prize for "Paisaje", an ad created to congratulate a local soccer team, awarded by Clarin newspaper in their 2001 advertising awards contest "Premios Clarin a la Creatividad Grafica"
- RMB Cyberlion Award -- Jury Prize for best Web site in Belgium, exhibiting creativity and excellent execution, awarded to www.coca-cola.be.
- "Best Belgian Creation" award for Sprite televison ad, given by television company VTM based on television viewers choices
- Golden Gondola award for Fanta Pomelo launch in Belgium/Luxembourg
- Marketer of the Year for success of Aquarius, Aquana and Fanta Pomelo in Belgium
- Revolution Award for Digital Economy in Great Britain for Coke Auction program
- Silver Aquarius Outdoor and the Gold Sun Aquarius Outdoor awards for advertising in Spain from the International Advertising Festival at Cannes
- Best 2001 Web page in Spain (I-best)

- Golden Blade advertising award for Fanta Wildberry launch in Hungary
- Little Golden Bell 2001 award from the Croatian Association of Advertisers for the radio spot "Her, him and Cappy"
- Best nonalcoholic beverages advertising campaign and best promotional pack awards at the Romanian Ad'Or Award Ceremony for the "Sprite Muscle Man promotion"
- Kancil Award (from Association of Accredited Advertising Agents of Malaysia) for the best Web site in Malaysia
- ACC Grand Prix in Japan for Georgia Coffee advertising (All Japan Radio & Television Commercial Confederation)
- 2001 Advertiser of the Year in Media Use in Asia for the Coca-Cola Hong Kong region's creative campaign featuring the Sprite Green Man

Experience our advertising »


Back to top

# EXHIBIT 2

# Civil Treatment®
# POLICIES DOCUMENT

May 2004
Policies for CTE

CONFIDENTIAL
TCC 0671

# TABLE OF CONTENTS

Solutions ................................................................. 2

Harassment Policy ..................................................10

Discrimination and Affirmative Action .........................12

Safe Workplace Policy ..............................................15

CONFIDENTIAL
TCC 0672

# Solutions

## An Active Approach to Workplace Issue Resolution

Need help resolving a workplace issue, such as a conflict with a coworker or a disciplinary action you believe is unfair? At The Coca-Cola Company, we believe that workplace issues are best resolved through open communication, and that early resolution of disagreements is the best way to maintain a positive, productive work environment.

Solutions is a five-step program designed to resolve workplace issues quickly, fairly and confidentially. Issues generally will be resolved early in the process, but if you are not satisfied with the result at one step, you can proceed to the next. The steps of the Solutions program are:

    Step 1 - Open Door
    Step 2 - Facilitation
    Step 3 - Written Appeal
    Step 4 - Mediation
    Step 5 - Arbitration

Steps 1, 2 and 3 involve internal efforts to resolve issues within the Company. Steps 4 and 5 are used only for Legal Disputes (those concerning potential legal claims, such as discrimination or harassment), and involve a neutral third party outside the Company who is called on to help reach resolution.

The Solutions program is available to all employees of The Coca-Cola Company in the United States, except those represented by a labor union, unless the relevant collective bargaining agreement expressly permits it.

An employee who is no longer employed by the Company at the time an issue is raised under the Solutions program generally will not have access to the Open Door, Facilitation or Written Appeal process (Steps 1, 2 and 3), but may move to Mediation and Arbitration. The Program Director in the Ethics & Compliance Office will review each issue brought by a former employee and determine whether the former employee will proceed through the earlier steps, or move directly to Mediation and Arbitration.

CONFIDENTIAL
TCC 0673

# Solutions

## Step 1 - Open Door

The foundation of the Solutions program, Open Door is simple communication that gets the quickest results. If you have a workplace issue, talk to your manager about it. If the issue can't be resolved this way, or for some reason this is not feasible or appropriate, speak with your next-level manager. In fact, you may escalate the issue through two levels above your immediate manager to seek resolution. You should also involve your Human Resources representative when escalating an issue. Your Human Resources representative can help facilitate discussions and investigate matters when appropriate.

The entire Open Door process is intended to proceed quickly, and generally should be complete within a matter of days with your immediate manager, and no more than a few weeks if higher-level managers become involved. Further information on the Open Door Policy is available from your Human Resources representative.

## Step 2 - Facilitation

If your issue is not resolved through Open Door, you can begin Step 2 — Facilitation. In Facilitation, a Program Manager from the Ethics & Compliance Office will work with you, your managers and your Human Resources representative to attempt resolution of your issue. Facilitation may involve one-on-one and group discussions, and when appropriate, investigation by the Program Manager or a Human Resources representative.

**To start the Facilitation process:**
Complete the Online Request for Facilitation, or download the Request for Facilitation form and return it to the Ethics & Compliance Office when complete. A Program Manager from the Ethics & Compliance Office will contact you to begin the Facilitation process

## Step 3 - Written Appeal

If you are not satisfied with the result of Facilitation, you can appeal in writing to the Senior Management Panel for a final internal decision. During this step, you will have the opportunity to present relevant information to the Senior Management Panel — a brief summary of the issue, the names of people who have reviewed the

3

CONFIDENTIAL
TCC 0674

problem, a chronology of discussions, your desired remedy and other relevant information.

The panel will review your information, plus documentation provided by management and/or Human Resources, the results of any investigation and the results of the Facilitation process. After considering the facts, the panel will issue a written decision, including a determination of any compensation, discipline, further training or other appropriate action to be taken.

When the Panel meets to review your issue, you have the right to appear — either in person (at your own expense) or by telephone — to make a statement or to answer questions from the panel.

The Ethics & Compliance Office is responsible for coordinating logistics, documentation and preparation associated with Senior Management Panel review.

### What Is the Senior Management Panel?
The Senior Management Panel consists of the Company's General Counsel, the Senior Vice President of Human Resources and the head of the Corporate or North America function (e.g., Finance, Foodservice) in which you work.

### To start the Written Appeal process:
Complete the Online Request for Written Appeal, or download the Request for Written Appeal form and return it to the Ethics & Compliance Office when complete. A Program Manager will contact you to discuss next steps and will schedule a date for the Senior Management Panel to discuss the matter, generally within 60 days of your request

## Step 4 - Mediation

Mediation is an informal and flexible process in which a trained external mediator will meet with you and a representative of Company management to help find a solution to your Legal Dispute. The mediator can suggest solutions, but does not make decisions for the parties. Rather, the mediator keeps discussions going so that those can arrive at their own answers. Often these solutions are win-win — both parties benefit in some way.

The Mediation process is voluntary; if the parties involved can't find a solution, they can stop at any time. Employees are limited to one opportunity to resolve each Legal Dispute through Mediation. The Company will pay the mediator's fees and expenses. The Mediation session generally will take less than a day, in a location near where you work.

4

CONFIDENTIAL
TCC 0675

You may choose to have a legal representative present at the Mediation, at your own expense. The Company will not have a legal representative at the Mediation if you do not.

**What Is a "Legal Dispute"?**
The Mediation and Arbitration steps of the Solutions program are available only for the resolution of "Legal Disputes." Legal Disputes are disputes involving legally protected rights, and can include:

>       claims of discrimination, including claims based on sex, religion, national origin, age or disability
>       claims of harassment, including sexual harassment
>       claims for wages or other compensation
>       claims of breach of contract
>       claims of damage to person or property

**To start the Mediation process:**
Complete the Online Request for Mediation, or download the Request for Mediation form and return it to the Ethics & Compliance Office when complete. A Program Manager will contact you to discuss next steps, which will include the selection of a Mediator.

# Step 5 - Arbitration

Arbitration, the last step in the Solutions process, is available only if Mediation has failed to resolve your Legal Dispute. Like a court process — but more informal and faster — Arbitration requires both parties to explain their sides of the Legal Dispute to a trained arbitrator, usually an attorney or a judge. The arbitrator then will make a decision to resolve the Legal Dispute, much like a judge would do in court.

After receiving the arbitrator's decision, you will have a choice: agree to the decision and end the Legal Dispute, or reject the decision and pursue other external options, including legal options.

If you agree to the arbitrator's decision, you and the Company will be bound by that decision. If you do not agree to the arbitrator's decision and choose not to be bound by it, the Company will not be bound by it either. Employees are limited to only one opportunity to resolve each Legal Dispute through Arbitration. The Company will pay the arbitrator's fees and expenses.

All rights and remedies available in a court proceeding also are available in Arbitration. The Arbitration process generally is much quicker than filing a lawsuit or going to a government agency, but Arbitration can take several months from start to finish.

5

**CONFIDENTIAL**
**TCC 0676**

You may choose to have a legal representative present at the Arbitration hearing, at your own expense. The Company will have an attorney present at all Arbitration hearings.

**What's the Difference Between Mediation and Arbitration?**

| Mediation | vs. | Arbitration |
|---|---|---|
| Relatively informal discussion, assisted by a mediator who is a neutral third party<br><br>Parties can resolve the Legal Dispute by reaching their own agreement; the mediator merely guides discussion<br><br>Usually only one meeting, lasting an average of four hours | | Relatively formal process that looks much like a court proceeding, with the arbitrator acting like a judge<br><br>Parties tell their sides of the story to an arbitrator, who makes a decision to resolve the Legal Dispute<br><br>Can take several months from request to decision |

**To start the Arbitration process:**
Complete the Online Request for Arbitration, or download the Request for Arbitration form and return it to the Ethics & Compliance Office when complete. A Program Manager will contact you to discuss next steps, which will include the selection of an Arbitrator.

# Ombuds Office

## Confidential * Independent * Informal * Neutral

*"Things were so frustrating, I thought about quitting my job. But instead, I went to visit an Ombuds. Our conversation was totally confidential and before I knew it, we had developed options for addressing my concern. I was then able to take action to solve my issue."*

The Ombuds Office is a confidential, neutral and informal resource for employees who need guidance in resolving work-related issues. By listening to your concerns, we can help you evaluate your options and assist you in developing a strategy so that you can resolve your issue. The Ombuds Office helps you help yourself!

**What will the Ombuds do?**

**The Ombuds will:**

CONFIDENTIAL
TCC 0677

Help you understand, explore and evaluate constructive resolutions to your issue.

Discuss alternatives you may have and the advantages of each, which will aid you in choosing your own course of action.

Make referrals to another service, when appropriate. the Ombuds will even make the initial appointment for you, if you are uncomfortable doing it.

Provide you with accurate information on management decisions, expectations, policies and procedures. Make informal inquiries, when appropriate, in a discreet manner.

With your permission, act as a link, when appropriate, between you and management until you are able to talk together or you come to a better understanding so that you can reach an agreement.

## What will the Ombuds not do?

## The Ombuds will not:

Breach confidentiality by revealing names without express permission to do so. The only exception is when there is reason to believe that the situation poses imminent risk of harm to a person, product or property.

Keep formal records about issues or concerns on behalf of the Company.

Conduct formal investigations of complaints. An exception may occur when an unusual situation deems it appropriate for the Ombuds Office to do so.

Make decisions about or mandate changes to policies and procedures.

Advocate for any person or the Company in a dispute.

Resolve your issue or concern.

Accept notice of a work-related issue on behalf of the Company. (If you want to notify the Company officially about a concern, you must use the Company's formal channels for reporting, such as Human Resources, the Employee Reporting Service or the Ethics & Compliance Office.)

## Who can use the Ombuds Office?

The Ombuds Office is available to all employees of The Coca-Cola Company and its wholly owned subsidiaries in the United States, except those represented by a labor union, unless the relevant collective bargaining agreement expressly permits it.

## How can I reach the Ombuds Office?

In Atlanta, call 404-676-6205. In the United States, Canada and Puerto Rico, call toll-free 1-866-514-5205. (This in an internal, protected line where you can leave a voice message during non-working hours.) Or you can e-mail ombuds@na.ko.com or send a fax to 404-515-6205.

7

CONFIDENTIAL
TCC 0678

# Employee Reporting Service

You may report violations directly to the Ethics & Compliance Office or by using the Employee Reporting Service. The Employee Reporting Service should be used if you wish to remain anonymous or do not speak English. You may report issues on:

Code of Business Conduct violations
Accounting, internal accounting control and auditing issues
Concerns about employee relations
Acts of discrimination
Acts of harassment
Unethical or illegal acts
Security violations
Threats to people or Company assets

When you call the Employee Reporting Service, you will speak to an independent specialist outside the Company who will gather information about your concern. You will be given a call reference number in case you need to call back, so be sure to keep a record of it. The Employee Reporting Service will notify the Ethics & Compliance Office of your concern within one business day — unless there is an immediate threat, in which case the concern is reported immediately. The Company will then take action.

404-676-0056 (employees outside U.S. can make a collect, or reverse charge, call. Speak the name of your preferred language in English to begin the translation process)
1-866-846-2653 (toll-free from Canada, U.S. and Puerto Rico)
1-800-255-0056 (TDD/TTY inside GA)
1-800-877-8973 (TDD/TTY outside GA)

# Employee Assistance Program

## Facing Challenges, Finding Answers

The company recognizes that there are times when personal problems may affect your well-being at work and home. That's why the company offers a comprehensive Employee Assistance Program (EAP) and other help handling life events to you and members of your immediate family and household members in time of need.

The EAP is a confidential professional counseling service designed to help you resolve personal concerns so you can be your best at work and at home. The company pays an independent consulting firm to administer the program.

**Services**

8

CONFIDENTIAL
TCC 0679

Through the EAP, you can receive assistance for a wide range of issues, including:

Parenting concerns
Family and relationship issues
Alcohol and drug abuse
Emotional difficulties
Stress-related problems
Conflicts at work or home
Other personal concerns.

The EAP provides problem identification, counseling, and referral services at no cost to you. If you're having trouble with a personal problem, give us a call at 1-800-888-CARE (1-800-888-2273). If you're having a problem at work, please see Solutions. Getting help is the first step in feeling better.

CONFIDENTIAL
TCC 0680

# Harassment Policy

The Coca-Cola Company has a long-standing commitment to maintaining a work environment free of all forms of harassment and discrimination for all employees consistent with its commitment to equal opportunity and its obligation under Title VII of the Civil Rights Act.

## Definitions

Harassment is defined as any single incident or pattern of behavior where the effect, intentional or unintentional, creates a hostile, offensive, or intimidating work environment.

Harassment encompasses a range of physical or verbal behaviors. The behaviors can include, but are not limited to, unwelcome comments that are gender-based, sexual, or ethnic in nature; religious slurs, racial insults, age-based remarks, or unwanted sexual advances. Harassment can also include any behavior based upon stereotyping that tends to isolate an individual with a disability.

## Reporting Instances

All managers are expected to take responsibility to prevent acts of discrimination or harassment within their areas of responsibility. Further, each employee is responsible for maintaining a work environment that prohibits discrimination and harassment. Cooperation and participation among all employees is essential in helping the company maintain an environment that is conducive to individual productivity, growth, and development.

If an employee has concerns or feels that he/she or a co-worker has been subjected to harassment or discrimination, the employee should contact the appropriate Human Resources representative immediately. The Human Resources representative must take immediate action by conducting an investigation. The company's investigation will respect the privacy of all individuals involved.

There will be no reprisal against anyone who makes a complaint or reports an observation of possible unlawful harassment or discrimination based upon the belief that there has been a violation of this policy. Further, the company will take appropriate corrective action and disciplinary steps, up to and including termination, if an investigation confirms that retaliatory action has been taken against an

CONFIDENTIAL
TCC 0681

employee filing a complaint of discrimination or harassment.

Further questions about this policy should be directed to the Human Resources representative or the Director of Employee Relations at 404-676-7680.

*Effective May 3, 2002*

**CONFIDENTIAL**
**TCC 0682**

# Discrimination and Affirmative Action

The Coca-Cola Company values all employees and the contributions they make. Consistent with this value, the company reaffirms its long-standing commitment to equal opportunity and affirmative action in employment, which are integral parts of our corporate environment. The company strives to create a work environment free of discrimination and physical or verbal harassment with respect to race, gender, color, national origin, religion, age, disability, sexual orientation, or veteran status. We will make reasonable accommodations in the employment of qualified individuals with disabilities, for religious beliefs, and whenever else appropriate.

The company maintains equal employment opportunity functions to ensure adherence to all laws and regulations, and to company policy in the areas of equal employment opportunity and affirmative action. All managers are expected to implement and enforce the company policy of non-discrimination, equal employment opportunity, and affirmative action, as well as to prevent acts of harassment within their assigned area of responsibility. Further, it is a part of every individual's responsibility to maintain a work environment that reflects the spirit of equal opportunity and prohibits harassment.

Harassment is defined as any single incident or pattern of behavior where the effect, intentional or unintentional, creates a hostile, offensive, or intimidating work environment.

Harassment encompasses a range of physical or verbal behaviors. The behaviors can include, but are not limited to, unwelcome comments that are gender-based, sexual, or ethnic in nature; religious slurs; racial insults; unwanted sexual advances; or age-based remarks. Harassment can also include any behavior based upon stereotyping that tends to isolate an individual with a disability. For more information on harassment, please refer to the separate "Harassment Policy" in this guide.

Should you have concerns about equal employment opportunity and affirmative action, or feel you have been the subject of discrimination or harassment, please contact your Manager or Human Resources representative. The company will investigate all complaints of harassment and discrimination charges, and the company's investigation will respect the privacy of all individuals involved. However, the company cannot guarantee complete confidentiality.

Be assured that the company will not tolerate reprisal against anyone who makes a complaint based upon the reasonable belief that there has been a violation of this policy.

Questions regarding the Affirmative Action policy should be directed to the Director of Equal Opportunity and Affirmative Action.

CONFIDENTIAL
TCC 0683

Your cooperation and participation are essential in helping the company maintain an environment that is conducive to individual productivity, growth, and development. The company reaffirms its commitment to equal opportunity and affirmative action and its obligations under Title VII of the Civil Rights Act (1964), Executive Order 11246, the Rehabilitation Act (1973), the Age Discrimination in Employment Act (1967), the Vietnam Era Veterans Readjustment Assistance Act (1974), the Americans with Disabilities Act (1990), and all other anti-discrimination laws.

## Individuals with Disabilities, Disabled Veterans and Veterans of the Vietnam Era

The Coca-Cola Company has a long-standing commitment to take affirmative action to employ and advance the employment of qualified individuals with disabilities, disabled veterans, and veterans of the Vietnam Era. As part of these efforts, we periodically invite disabled individuals, disabled veterans, veterans of the Vietnam Era, and other covered veterans to identify themselves as such, if they have not already done so, by advising their Human Resources representatives.

The information provided by an employee is voluntary, and will be handled confidentially. However, if it's necessary to assist an employee in performing job responsibilities, appropriate managers may be informed regarding any restrictions on work, necessary accommodations, or conditions that might require emergency treatment.

## Reporting Instances of Discrimination

All managers are required to take responsibility to prevent acts of discrimination and harassment within their assigned areas of responsibility. Further, it is part of every employee's responsibility to maintain a work environment that is free of discrimination.

If an employee feels that he/she has experienced or witnessed discrimination or harassment, the employee should immediately notify his/her Manager, the Human Resources Representative, or the Director of Employee Relations. The company forbids retaliation against anyone who acts in good faith to report discrimination, assists in making a discrimination complaint, or cooperates in a discrimination investigation.

The company will investigate all complaints of discrimination thoroughly and promptly. If an investigation process confirms that a violation of this policy has occurred, the company will take appropriate corrective action and disciplinary steps, up to and including separation. The company's investigation process will respect the confidentiality and privacy of all individuals involved. However, we cannot guarantee complete confidentiality where there is a violation of the law or statute.

13

CONFIDENTIAL
TCC 0684

**Manager's Responsibilities**

Managers are responsible for the following:

> Communicate the company's policies.
> Prevent acts of discrimination including harassment.
> Periodically discuss the company's equal opportunity policies with the staff, such as during staff meetings when placement opportunities occur or when conducting performance reviews.
> Understand Affirmative Action Goals in your area through discussion with Human Resources.
> Meet Affirmative Action Goals, emphasize awareness of and efforts to achieve the goals.
> Communicate goals to all levels of management in areas of responsibility, including the hiring manager.
> In conjunction with the Human Resources representative, develop aggressive action steps where goals exist.
> Establish affirmative action as an integral part of the overall placement process, such as with hires, promotions, or special assignments.
> Ensure diversity is reflected on all candidate slates by interviewing qualified minority/women candidates within the constraints of the selection process.
> When evaluating hiring managers and those responsible for goal accomplishments, consider the number of opportunities and the implementation of the development plans.
> Encourage employees to discuss any concerns with the manager.
> Advise employees that their concerns will be addressed objectively and without retribution.
> Advise the Human Resources representative of employees' concerns, when appropriate; including any complaints of harassment or discrimination.
> Inform Human Resources of any complaints of harassment or discrimination.
> Participate in complaint investigation and resolution.
> When evaluating managers, consider their effectiveness in resolving concerns/complaints.

Questions regarding this policy should be directed to your Human Resources representative, or the director of Equal Opportunity and Affirmative Action 404-676-5133.

**CONFIDENTIAL**
**TCC 0685**

# Safe Workplace Policy

It is the policy of The Coca-Cola Company to promote and ensure a safe workplace. The Company is committed to working with employees to maintain a work environment free from violence, threats of violence, harassment, intimidation and other disruptive behavior including, but not limited to:

> threats (conditional, direct or indirect) of violence toward anyone;
> threats against facilities;
> stalking;
> suicide threats;
> domestic violence affecting the workplace;
> the threat to bring or actual bringing of weapons, ammunition, or explosives into the workplace or on to any Company property, including parking lots, etc.
> harassment or intimidation
> fighting
> sabotage of Company property
> any other behaviors that raise concerns about potential violence or risk to others

## No Weapons Statement

The Company strictly prohibits employees and all other persons, other than peace officers in their official capacity or designated Security Department personnel, from bringing firearms or other weapons of any kind onto Company property and strictly prohibits employees from carrying any type of weapon while performing Company duties or while traveling on Company business. This prohibition extends to all places and personal possessions on Company property (including, but not limited to, associate lockers, desks, file cabinets, tool boxes, purses, briefcases, workout bags, packages and parking areas), as well as to Company vehicles on or off Company property, and to personal vehicles brought onto Company property or used on Company business.

## Reporting Concerns

Any associate who is threatened with or subjected to violence in the workplace or who becomes aware that another individual has been threatened with or subjected to violence, should immediately notify his or her manager, Human Resources representative or Security personnel. When confronted with an imminent threat of workplace

CONFIDENTIAL
TCC 0686

violence, please notify the police immediately by dialing 911.

Employees are urged to take all threats seriously. Reports of threats or violence, or any other violation of this policy, will be carefully investigated, and associate confidentiality will be maintained to the fullest extent possible. There will be no retaliation or other adverse consequences for any issues reported in good faith.

**Enforcement of Policy**

To enforce this policy, the Company reserves the right to inspect all employees and other persons on Company property, their vehicles, possessions, packages, briefcases and computers and office space (including desks).

Employees violating this policy will be subject to disciplinary action, up to and including separation.

Please contact your Human Resources representative or Strategic Security through the Company's Operations Center (available 24/7) at 1-800-515-2022 or 1-800-515-2023 for more information.

CONFIDENTIAL
TCC 0687

EXHIBIT 3

CONFIDENTIAL
TCC 0725



# If You Have Issues, We Have Solutions

*Need help resolving a workplace issue, such as a conflict with a coworker or a disciplinary action you believe is unfair? Solutions focuses on resolving workplace issues quickly, fairly and confidentially. Solutions offers up to five steps of issue resolution. Issues generally will be resolved early in the process, but if you are not satisfied with the result at one step, you can proceed to the next.*

## Step 1 – Open Door

Open Door is the place to start when dealing with workplace issues, and where most issues will be resolved. Talk to your manager about your concerns, one-on-one or with the assistance of your Human Resources representative. If your issue can't be resolved with your manager, you may advance the issue through two additional levels of management.

## Step 2 – Facilitation

If you are not satisfied with the result of the Open Door process, your next step is Facilitation, which involves working with a Program Manager from the Diversity & Workplace Fairness Office to attempt resolution of your issue. It is an informal process that may involve one-on-one or group discussions, and investigation of the issue, when appropriate.

## Step 3 – Written Appeal

If your issue is not resolved in Facilitation, you can appeal in writing to the Senior Management Panel (see p. 11) for a final internal decision. The Senior Management Panel consists of the Company's General Counsel, the Senior Vice President of Human Resources and the head of the Corporate or North

**CONFIDENTIAL**
**TCC 0726**



America function (e.g., Finance, Foodservice) in which you work. After considering the facts, the Panel will issue a written decision.

## Step 4 – Mediation

If the Senior Management Panel decision is unacceptable to you, Mediation is the next step. Mediation involves a neutral third party outside the Company and is available only for resolution of Legal Disputes. Legal Disputes are those concerning potential legal claims, such as discrimination or harassment. In Mediation, a trained external mediator will meet with you and a representative of Company management to help find a solution to your Legal Dispute.

## Step 5 – Arbitration

Finally, if Mediation fails to resolve the Legal Dispute to your satisfaction, Arbitration is available. Like a court process — only more informal and faster — Arbitration requires both parties to explain their sides of the Legal Dispute to a trained arbitrator, usually an attorney or judge. The arbitrator then will make a decision.

## Need More Information?

*For a more detailed description of Solutions, see The Coca-Cola Company Solutions Program Rules. This document, which will be controlling in all matters related to Solutions, is available on All About Me > Workplace > Employee Resolution Resources > Solutions on @KO, or you can request a copy through the Diversity & Workplace Fairness Office at (404) 676-3850, toll-free at (800) 676-3850 or via e-mail at solutions@na.ko.com.*

**CONFIDENTIAL**
**TCC 0727**

2

# Solutions – How It Works

At The Coca-Cola Company, we believe that workplace issues are best resolved through open communication, and that early resolution of disagreements is the best way to maintain a positive, productive work environment. *Solutions* is a five-step approach designed to resolve workplace issues quickly and fairly. The steps of *Solutions* are:

1 – **Open Door**

2 – **Facilitation**

3 – **Written Appeal**

4 – **Mediation**

5 – **Arbitration**

**CONFIDENTIAL**
**TCC 0728**

Each step is available if resolution is not reached in an earlier step. Steps 1, 2 and 3 involve internal efforts to resolve issues within the Company. Steps 4 and 5 are used only for Legal Disputes (those concerning potential legal claims, such as discrimination or harassment), and involve a neutral third party outside the Company, who is called on to help reach resolution.

*Solutions* is available to employees of The Coca-Cola Company in the United States, with the exception of employees represented by a labor union, unless the relevant collective bargaining agreement expressly permits it.

An employee who is no longer employed by the Company and would like to raise an issue under *Solutions* generally will not have access to the Open Door, Facilitation or Written Appeal processes (Steps 1, 2 and 3), but may move to Mediation and Arbitration. The Program Manager in the Diversity & Workplace Fairness Office will review each issue brought by a former employee and determine whether the former employee will proceed through the earlier steps, or move directly to Mediation and Arbitration.

**CONFIDENTIAL**
**TCC 0729**

4

# Program Coverage

**Alternative Processes**

## What's Covered?

*Solutions* can be used to address most workplace issues. For example, *Solutions* covers issues related to:

- application of a policy *or work rule
- work assignments
- overtime assignments
- transfer or promotion decisions
- written warnings or other disciplinary actions *
- performance appraisals
- compensation
- involuntary termination
- treatment perceived as unfair or discriminatory
- any form of perceived harassment (e.g., sexual, racial, ethnic, religious, sexual orientation)
- personal injury, unless covered by workers' compensation

*\* Using Solutions generally will not suspend a written warning or other disciplinary action while the issue is being resolved. Discipline for Code of Business Conduct violations is not subject to review through Solutions, but may be reviewed subject to procedures described in The Code of Business Conduct Procedural Guidelines.*

**CONFIDENTIAL
TCC 0730**

## What's Not Covered?

Due to legal and policy considerations, there are some situations where *Solutions* will not apply. For example, *Solutions* cannot be used:

- where prohibited by local laws
- to challenge, establish, modify or object to the Company's policies and procedures, except claims that allege discriminatory or inequitable application of the Company's policies or procedures
- to resolve issues arising from workers' compensation or unemployment insurance claims
- to resolve issues arising from benefits claims, including claims covered by the United States Employee Retirement Income Security Act of 1974 (ERISA)
- to resolve issues related to an alleged breach of an employee's non-competition, non-solicitation, fiduciary or confidentiality obligations
- to resolve issues related to a determination that an employee has violated the Company's Code of Business Conduct
- to resolve issues related to home appraisals under the Company's Relocation Program
- to resolve issues involving patents, trademarks or intellectual property

### Need clarification?

*If you are unsure whether your workplace issue is covered by Solutions, ask the Diversity & Workplace Fairness Office for information:*

*Diversity & Workplace Fairness Office*
*P.O. Box 1734*
*Atlanta, GA 30301 USA*
*Tel: (404) 676-3850*
*Toll-free: (800) 676-3850*
*Fax: (404) 598-3850*
*E-mail: solutions@na.ko.com*
*Web site: All About Me >*
*Workplace > Employee Resolution*
*Resources on @KO.*

**CONFIDENTIAL**
**TCC 0731**

6

# Step 1 – Open Door

The foundation of *Solutions*, Open Door is the first step in dealing with workplace conflicts. Sit down with your manager, one-on-one, and talk about your issues. If the issue can't be resolved this way, or for some reason this is not feasible or appropriate, speak with your next-level manager. In fact, you may advance the issue through two levels above your immediate manager to seek resolution. You should also involve your Human Resources representative when escalating an issue. Your Human Resources representative can help facilitate discussions and investigate matters when appropriate.

**CONFIDENTIAL**
**TCC 0732**

## Time Limitations

The entire Open Door process is intended to proceed quickly, and generally should be complete within a matter of days with your immediate manager, and no more than a few weeks if higher level managers become involved. Further information on the Open Door Policy is available from your Human Resources representative.

**CONFIDENTIAL**
**TCC 0733**

# Step 2 – Facilitation

**I**f your issue is not resolved through Open Door, you can begin Step 2 — Facilitation. In Facilitation, a Program Manager from the Diversity & Workplace Fairness Office will work with you, your managers and your Human Resources representative to attempt resolution of your issue. Facilitation may involve one-on-one or group discussions, and when appropriate, investigation by the Program Manager or a Human Resources representative.

**CONFIDENTIAL**
**TCC 0734**

## To start the Facilitation process:

*Complete the Request for Facilitation form, which is available on All About Me > Workplace > Employee Resolution Resources > Solutions on @KO and from the Diversity & Workplace Fairness Office at (404) 676-3850 or toll-free at (800) 676-3850. After you've completed the form, return it to the Diversity & Workplace Fairness Office. A Program Manager will contact you to begin the Facilitation process.*

## What About Legal Action?

CONFIDENTIAL
TCC 0735

# Step 3 – Written Appeal

## What Is the Senior Management Panel?

If you are not satisfied with the result of Facilitation, you can appeal in writing to the Senior Management Panel for a final internal decision. During this step, you will have the opportunity to present relevant information to the Senior Management Panel — a brief summary of the issue, the names of people who have reviewed the problem, a chronology of discussions, your desired remedy and other relevant information.

The panel will review your information, plus documentation provided by management and/or Human Resources, the results of any investigation and the results of the Facilitation process. After considering the facts, the panel will issue a written decision, including a determination of any compensation, discipline, further training or other appropriate action to be taken.

When the panel meets to review your issue, you have the right to appear — either in person (at your own expense) or by telephone — to make a statement or to answer questions from the panel.

The Diversity & Workplace Fairness Office is responsible for coordinating logistics, documentation and preparation associated with Senior Management Panel review.

**CONFIDENTIAL**
**TCC 0736**

**The Next Step**

## To start the Written Appeal process:

*Complete the Written Appeal form, which is available on All About Me > Workplace > Employee Resolution Resources > Solutions on @KO and from the Diversity & Workplace Fairness Office at (404) 676-3850 or toll-free at (800) 676-3850. After you've completed the form, return it to the Diversity & Workplace Fairness Office. A Program Manager will contact you to discuss next steps and will schedule a date for the Senior Management Panel to discuss the matter, generally within 60 days of your request.*

**CONFIDENTIAL**
**TCC 0737**

# Step 4 – Mediation

**M**ediation is an informal and flexible process in which a trained external mediator will meet with you and a representative of Company management to help find a solution to your Legal Dispute. The mediator can suggest solutions, but does not make decisions for the parties. Rather, the mediator keeps discussions going so that those involved can arrive at their own answers. Often these solutions are win-win — both parties benefit in some way.

The Mediation process is voluntary: if the parties involved can't find a solution, they can stop at any time. Employees are limited to one opportunity to resolve each Legal Dispute through Mediation. The Company will pay the mediator's fees and expenses. The Mediation session generally will take less than one day, in a location near where you work.

You may choose to have a legal representative present at the Mediation, at your own expense. The Company will not have a legal representative at the Mediation if you do not.

**CONFIDENTIAL**
**TCC 0738**

## To start the Mediation process:

*Complete a Request for Mediation*
*form, which is available on*
*All About Me > Workplace >*
*Employee Resolution Resources >*
*Solutions on @KO and from the*
*Diversity & Workplace Fairness*
*Office at (404) 676-3850 or*
*toll-free at (800) 676-3850.*
*After you've completed the*
*form, return it to the Diversity*
*& Workplace Fairness Office.*
*A Program Manager will contact*
*you to discuss next steps, which will*
*include the selection of a Mediator.*

## What Is a "Legal Dispute"?

CONFIDENTIAL
TCC 0739

# Step 5 – Arbitration

**A**rbitration, the last step in *Solutions*, is available only if Mediation has failed to resolve your Legal Dispute. Like a court process — but more informal and faster — Arbitration requires both parties to explain their sides of the Legal Dispute to a trained arbitrator, usually an attorney or a judge. The arbitrator then will make a decision to resolve the Legal Dispute, much like a judge would do in court.

After receiving the arbitrator's decision, you will have a choice: agree to the decision and end the Legal Dispute, or reject the decision and pursue other external options, including legal options.

If you agree to the arbitrator's decision, you and the Company will be bound by that decision. If you do not agree to the arbitrator's decision and choose not to be bound by it, the Company will not be bound by it either. Employees are limited to only one opportunity to resolve each Legal Dispute through Arbitration. The Company will pay the arbitrator's fees and expenses.

All rights and remedies available in a court proceeding also are available in Arbitration. The Arbitration process generally is much quicker than filing a lawsuit or going to a government agency, but Arbitration can take several months from start to finish.

You may choose to have a legal representative present at the Arbitration hearing, at your own expense. The Company will have an attorney present at all Arbitration hearings.

**CONFIDENTIAL
TCC 0740**

## To start the Arbitration process:

*Complete a Request for Arbitration form, which is available on All About Me > Workplace > Employee Resolution Resources > Solutions on @KO and from the Diversity & Workplace Fairness Office at (404) 676-3850 or toll-free at (800) 676-3850. After you've completed the form, return it to the Diversity & Workplace Fairness Office. A Program Manager will contact you to discuss next steps, which will include the selection of an Arbitrator.*

What's the Difference

## Mediation     vs.     Arbitration

- Relatively informal discussion assisted by a mediator, a neutral third party
- Parties resolve the Legal Dispute by reaching their own agreement, the mediator merely guides the discussion
- Usually only one meeting, lasting an average of four hours

- Relatively formal process that looks much like a court proceeding, with the arbitrator acting like a judge
- Parties tell their side of the story to an arbitrator, who makes a decision to resolve the Legal Dispute
- Can take several months from start to decision

CONFIDENTIAL
TCC 0741

# Additional Information

## Expected Behavior

### No retaliation

No employee will be subject to any form of retaliation for initiating or participating in any part of *Solutions*. Any employee who engages in such retaliation will be disciplined.

### Prompt, cooperative action

Employees and managers are expected to work together quickly and cooperatively to resolve workplace issues.

### Respect for individuals

Employees and managers are expected to treat each other with dignity and respect during the resolution of any workplace issue.

### Honesty and good faith

All parties are expected to participate in *Solutions* honestly and in good faith, and not for the purpose of retribution, intimidation or harassment.

### Confidentiality

Because rumors and speculation can be very damaging to reputations, all parties to a workplace issue (including those engaged in helping to resolve the issue) are expected to maintain confidentiality and to tell others about the issue only when necessary. In addition, anyone involved in a Mediation or Arbitration hearing is expected to keep all aspects of such hearings — including any final arbitration award — confidential.

**CONFIDENTIAL**
**TCC 0742**

## Need More Information?

*For a more detailed description of Solutions, see The Coca-Cola Company Solutions Program Rules. This document, which will be controlling in all matters related to Solutions, is available on All About Me > Workplace > Employee Resolution Resources > Solutions on @KO, or you can request a copy through the Diversity & Workplace Fairness Office at (404) 676-3850, toll-free at (800) 676-3850 or via e-mail at solutions@na.ko.com.*



**Solutions**

**CONFIDENTIAL**
**TCC 0743**

18

**CONFIDENTIAL**
**TCC 0744**

# The Coca-Cola Company

COCA-COLA PLAZA
ATLANTA, GEORGIA

October 14, 2005

Dear Colleague:

Your ongoing feedback is invaluable to us as we continue to foster an open and inclusive work environment where you are inspired to be the best you can be.

Based upon employee input and our ongoing efforts to enhance the program, we have made a few changes to our three *Employee Resolution Resources*. Updated materials are enclosed in this package.

As a recap for new employees, *Employee Resolution Resources* provides you with several options for raising any concerns or questions you may have – including the Company's commitment to investigate, address or respond to workplace issues or conform to stated policies. The three resolution resources available to you are:

- **Solutions** – a multi-step issue resolution process that begins with open-door discussions with a manager and includes the availability of external mediation and arbitration, should you choose to proceed to those steps.
- **Ombuds Office** – a confidential, informal, neutral and independent resource for you to explore and evaluate your options for addressing an issue or concern.
- **Employee Reporting Service** – a toll-free number for you to call anytime should you wish to anonymously report a situation that needs to be investigated.

If you would like online access to information about *Employee Resolution Resources*, please visit *All About Me* > Workplace on @KO, or if you have questions, contact the Ombuds Office at (404) 676-6205 or call toll-free (866) 514-5205.

Because these resources are essential to creating the workplace environment we all envision, it is essential that they be effectively communicated. Only you can tell us if we are succeeding at that. To help us, please take a few minutes to fill out and return the brief survey that is included in the portfolio.

Again, we appreciate your comments on this or any workplace topic you wish to discuss.

Sincerely,

Steve Bucherati
Director, Diversity & Workplace Fairness

Amanda Pace
Ombuds Director

**CONFIDENTIAL
TCC 0745**



*The Coca-Cola Company*

© 2005 The Coca-Cola Company.
"The Dynamic Ribbon" is a trademark of The Coca-Cola Company. All Rights Reserved.
♻ This publication was printed on recycled paper.

CONFIDENTIAL
TCC 0746

EXHIBIT 4

# Ombuds



A Confidential Resource
That Helps You Help Yourself

CONFIDENTIAL
TCC 0719

**The Ombuds Office is a confidential, independent, neutral and informal resource. Our mission is to foster continual, two-way dialog with employees in helping resolve workplace issues. The Ombuds also serves an important role as part of an issue resolution system that helps to surface governance and ethical issues.**

## YOU TALK — The Ombuds Office is confidential.

Confidentiality is the cornerstone of the Ombuds Office. Communications with the Ombuds, therefore, are made with the understanding that they are and will remain confidential. You can contact the Ombuds without giving your name – but remaining anonymous may limit the options available to you.

The Ombuds will not breach confidentiality by revealing names unless in the course of the discussion with the Ombuds, you give permission, or the Ombuds determines that the situation poses imminent risk of serious harm to a person, product or property. Even under these circumstances, the Ombuds will try to protect your identity.

## WE LISTEN — The Ombuds Office is neutral.

The Ombuds does not advocate for the employee or the Company in a dispute. The Ombuds has no personal stake in the outcome of an issue and can work for a process that is fair and equitable. By going through the Ombuds, you may increase your ability to deal more effectively with situations on your own.

CONFIDENTIAL
TCC 0720

CONFIDENTIAL
TCC 0721

## What is unique about the Ombuds Office?

The Ombuds Office is a valuable resource that operates independently, outside the normal management channels, and reports directly to the Chairman of the Company's Board of Directors. The Ombuds Office complements formal resolution resources and provides two-way dialog that is informal and off-the-record.

The Ombuds acts as a neutral party, working for a fair and equitable process. The Ombuds does not conduct investigations, and no employee (at any level) can compel or ask an Ombuds to disclose confidential information in legal proceedings. The Ombuds Office is not a channel to <u>notify</u> the Company of a workplace issue.

*Note: If you want the Company to be officially notified about a workplace issue/concern, you must use the Company's formal channels for reporting, such as Human Resources, the Employee Reporting Service, Solutions or the Diversity & Workplace Fairness Office.*



## Does the Ombuds Office keep records of my communication(s)?

The Ombuds keeps no permanent records of confidential communications. Only limited statistical information is kept — without names — to assist in identifying trends.

**CONFIDENTIAL
TCC 0722**

**CONFIDENTIAL**
**TCC 0723**

**CONFIDENTIAL**
**TCC 0724**

EXHIBIT 5

*The Coca-Cola Company*

# EMPLOYEE

# Resolution

# RESOURCES

*Your Voice in the Workplace*



**CONFIDENTIAL**
**TCC 0712**



# Employee Resolution Resources

## Your Voice in the Workplace

**A** t The Coca-Cola Company, we are committed to creating a great place to work where people are inspired to be the best they can be. To underscore this commitment, employee resolution resources are available to help you resolve workplace issues quickly and fairly.



## Solutions

**A formal, multi-step approach for resolving your workplace issues.**



*Steps to Resolving Your Issues*

1. Open Door
2. Facilitation
3. Written Appeal
4. Mediation
5. Arbitration



## Ombuds

**A confidential dialog with an independent, neutral resource.**

*Confidential*
*Independent*
*Informal*
*Neutral*



## ERS
**Employee Reporting Service**

**An easy-to-use, toll-free phone number to report issues of concern.**



(866) 849-2653

## Need more general information about Employee Resolution Resources?

**Phone: (404) 676-6205 • Toll-free: (866) 514-5205**
**Web site: Go to *All About Me* > Workplace on @KO**

CONFIDENTIAL
TCC 0713

IN THE
UNITED STATES

es, USA A-106

Solutions

Ombuds

ERS

The Coca-Cola Company

CONFIDENTIAL
TCC 0714

CONFIDENTIAL
TCC 0715

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 961          ATLANTA, GA

POSTAGE WILL BE PAID BY ADDRESSEE

*The Coca-Cola Company*

**Attn: Employee Resolution Resources, USA A-106**
**P. O. BOX 1734**
**ATLANTA, GA 30301-9963**



## EMPLOYEE
## RESOURCES

### Employee Response Card

*Thank you for taking a few moments to share your thoughts about our workplace issue resolution program.*

1. Do you believe the printed Employee Resolution Resources materials are easy to understand?

   ❏ 1 Definitely    ❏ 2    ❏ 3    ❏ 4 Not at all

2. If the need arises for you to use Employee Resolution Resources, do you know where to go for information?

   ❏ 1 Absolutely    ❏ 2    ❏ 3    ❏ 4 No

3. Do you have suggestions or comments about Employee Resolution Resources?

   _____

   _____

   _____

   _____

Your support of Employee Resolution Resources is appreciated. This postage pre-paid card can be deposited in any U.S. mailbox. Questions regarding this program can be addressed to the Ombuds Office: (404) 676-6205/(866) 514-5205 or ombuds@na.ko.com.

### Thank You!

(Please fold and seal with tape. Please do not staple.)

*The Coca-Cola Company*

**CONFIDENTIAL
TCC 0716**



CONFIDENTIAL
TCC 0717

# (866) 846-2653

## Want to report a workplace issue to the Company for investigation?

Call the Employee Reporting Service toll-free, anytime, 24/7 to report any workplace issue including acts of discrimination or harassment.

**You may call anonymously, if you wish. In addition, language translators and TTY/TDD are available, if needed.**

When you call the Employee Reporting Service:

- You will speak to an independent specialist outside the Company who will gather information about your concern.
- You will be given a call reference number in case you need to call back, so be sure to keep a record of it.
- The Employee Reporting Service will notify the Ombuds Office of your concern within one business day — unless there is an immediate threat, in which case the concern is reported immediately.
- The Company will investigate the concern and take appropriate action.

## To reach the Employee Reporting Service:

Call toll-free at (866) 846-2653 from the United States, Canada and Puerto Rico.

Employees should speak in English the name of their preferred language to begin the translation process, if needed.

TTY/TDD is available in Georgia at (800) 255-0056 or outside Georgia at (800) 877-8973.

**CONFIDENTIAL
TCC 0718**



EXHIBIT 6



TO:        Dudley Thompson

FROM:      Walter Klenzing

DATE:      May 24, 2001

Subject:   Corrective Action

---

This letter serves as documentation of a written corrective action communication.

There is substantial evidence to suggest that, on more than one occasion, you have displayed severely poor judgement and staff management skills.

Specifically, you:
- Failed to direct your staff to isolate the saver tank.
- Failed to follow required company procedure of contacting your Manager, or the Plant Manager prior to any action of dumping product. This is a required Standard Operating Procedure which you did not perform. This action resulted in a loss of 4,000 gallons, and created a potential environmental issue.
- Demonstrated inadequate judgement when assessing the Leaker incident on May 19th.

You have received frequent one on one counseling to help build and improve your supervisory skills. Further resources will continue to be available to you including: Counseling and coaching from Jim Greer, the management team supporting you and Human Resources counseling from Celine Lasonde, HR Manager.

Any further evidence of these types of decisions resulting in similar actions will result in further corrective action, up to and including termination.

CONFIDENTIAL
TCC 0004

EXHIBIT 7

**Performance Improvement Tool**

**Written Warning**

October 4, 2001

**TO:**   Dudley Thompson

**From:** Walter Klenzing

**RE:**   Performance Issues

This memo is to document our series of verbal discussions of performance issues related to your current role as Production Supervisor - 2nd shift.  On September 10, 2001, I informed you that, based upon your current work, you are not meeting the requirements of the job.  I have identified below the areas of concern and have indicated the improvements that are required.

Your performance review will be on January 8, 2002, approximately 90 days from this discussion.

**PERFORMANCE EXPECTATIONS AND AREAS FOR IMPROVEMENT:**

**1. Technical Competency:**  You have not progressed to Level 1 Certification.
*Required:*

> You must demonstrate technical competency by successfully passing Level 1 certification as follows:
> Quality Testing, Safety Testing by October 26, 2001 — *Soon !*
> Operational Testing by December 1, 2001     *mid next week-b 12th*

**2. Punctuality:**  You have been chronically late to the shift start, a poor example for employees.
*Required:*

> You must adhere to the shift start times.
> Arrive prior to 2:15 p.m.

**3. Leadership:**  The perception hourly employees have is that you don't care what occurs during their shift, you must demonstrate responsibility for incidents that occur on your shift.
*Required:*

> Correct the perception of hourly employees that the Production Office is a clubhouse - No groups of employees should be in the office.
> You must focus on one on one interactions and discussions with employees on the plant floor, throughout your shifts.

CONFIDENTIAL

**4. Communication:** You do not provide adequate information to me and the team regarding issues/incidents which occur throughout your shift. You must provide more information in the form of verbal discussion as well as written documentation.
*Required:*

> ➢ Any <u>safety incidents</u> must be reported immediately, and Incident Reports completed before you leave the building.
> ➢ <u>Quality Incident Reports</u> are to be documented before you leave the building.
> ➢ Any employee relations issues between co-workers must be reported before you leave the building.

**5. Employee Development:** You have not monitored your employee's progression through the Level/Pay for Skill Certification Program.
*Required:*

> ➢ You must provide me with a written report of every employee's current status in their certification process by October 5, 2001.    — *//ħ*
> ➢ You must establish a training schedule for each employee and monitor their progression on a 30/ 60 /90 day basis.

**Summary**
In addition, I am asking Celine to make arrangements, if you like, to have Jim Greer and/or Sam Bryant available for you. I am here to provide whatever guidance and support you feel necessary.

Clearly, we expect to see immediate and sustained improvements. I believe you can accomplish the requirements and improve your performance. I want to see you succeed in your current position and in your career with The Minute Maid Company .

CONFIDENTIAL

EXHIBIT 8

### Performance Improvement Tool

### Monthly Performance Summary

November 14, 2001

TO:        Dudley Thompson

FROM:      Walter Klenzing

RE:        Performance Improvement Plan

As discussed with you on October 4, 2001 and October 20, 2001, expectations have been specifically established concerning  your job performance.

### PERFORMANCE EXPECTATIONS AND AREAS FOR IMPROVEMENT:

**1. Technical Competency:**  You have not progressed to Level 1 Certification.
*Required:*
➢ You must demonstrate technical competency by successfully passing Level 1 certification as follows:
  <u>Quality Testing, Safety Testing</u> by October 26, 2001        INCOMPLETE
  <u>Operational Testing</u> by December 1, 2001

**2. Punctuality:**  You have been chronically late to the shift start, a poor example for employees.
*Required:*
➢ You must adhere to the shift start times:
  Arrive prior to 2:15 p.m.                        NO IMPROVEMENT

**3. Leadership:**   The perception hourly employees have is that you don't care what occurs during their shift, you must demonstrate responsibility for incidents that occur on your shift.
*Required:*
➢ Correct the perception of hourly employees that the Production Office is a clubhouse – No groups of employees should be in the office.        STILL EVALUATING
➢ You must focus on one on one interactions and discussions with employees on the plant floor, throughout your shifts.                STILL EVALUATING

CONFIDENTIAL
TCC 0219

**4.  Communication:** You do not provide adequate information to me and the team regarding issues/incidents which occur throughout your shift.  You must provide more information in the form of verbal discussion as well as written documentation.
***Required:***

> ➢ Any <u>safety incidents</u> must be reported immediately, and Incident Reports completed before you leave the building.          SOME IMPROVEMENT
> ➢ <u>Quality Incident Reports</u> are to be documented before you leave the building.          ???
> ➢ Any employee relations issues between co-workers must be reported before you leave the building.          ???

**5.  Employee Development:** You have not monitored your employee's progression through the Level/Pay for Skill Certification Program.
***Required:***

> ➢ You must provide me with a written report of every employee's current status in their certification process by October 5, 2001.          INCOMPLETE
> ➢ You must establish a training schedule for each employee and monitor their progression on a  30/ 60 /90 day basis.          INCOMPLETE

Continued unacceptable performance or failure to sustain meeting the expectations and requirements of the position will result in corrective action being taken, up to and including the termination of your employment.

We will continue to monitor progress over each week period, with another review within 30 days.  I will work with you closely to continue striving for progress on the plan.

CONFIDENTIAL
TCC 0220

EXHIBIT 9

**Performance Improvement Tool**

**Written Warning**

TO:      Dudley Thompson

FROM:    Walter Klenzing

DATE:    December 12, 2001

SUBJECT: <u>Performance Issues</u>

This memo follows up on my October 4 letter to you (enclosed). My evaluation of your progress to date against the 5 objectives are discussed as well as next steps.

1. **<u>Technical Competency</u>**

   - Quality and safety were completed, but not by the time frame requested.

   - Operational was due December 1 and is still not complete.

   - **<u>Evaluation</u>**—Expectations not met.

2. **<u>Punctuality</u>**

   - **<u>Evaluation</u>**—Expectations met, noting that when issues come up, you have always called me before the fact. Keep it up!

3. **<u>Leadership</u>**

   - Perception of the office of a clubhouse has been dealt with.

   - One-on-one focus with employees has been observed.

   - **<u>Evaluation</u>**—Expectations have been met; however, your one-on-one focused interactions need to be with <u>all</u> shift employees, not just the people that are easy for you to interact with.

4. **<u>Communication</u>**

   - Safety—no issues have gone unreported.

   - QIR—have been documented.

**CONFIDENTIAL**

Memo, Dudley Thompson
Page 2
December 12, 2001

- Employee issues between coworkers are not being resolved by you nor reported to me.  You have not demonstrated responsibility for incidents that occur on your shift.

- <u>Evaluation</u>—Expectations are not met.
  I need to hear about issues from you so that we can resolve them together.  I should not hear about issues once another manager has to get involved.

5. <u>Employee Development</u>

- Employee's status on levels has not been reported to me in writing as requested.

- Training schedules for each employee have not been presented to me.

- <u>Evaluation</u>—Expectations are not met.

<u>Summary</u>

Dudley, you have not met 3 of my 5 documented expectations.  These are minimum requirements expected of a supervisor in this plant.

Continued unacceptable performance or failure to sustain meeting the expectations and requirements of the position will result in corrective action being taken, up to and including the termination of your employment.

Clearly, we need to see a sense of urgency on your part on meeting these expectations.  The management Team wants to see you succeed in this position.  As noted previously, Celine and I are available to provide guidance and support.  Additionally, Jim Greer and/or Sam Bryant will be made available to you.

CONFIDENTIAL
TGG 0042

EXHIBIT 10



**CONFIDENTIAL**

TO:        **Dudley Thompson**

FROM:      **Darrin Plawinski**

DATE:      **May 30, 2003**

SUBJECT:   **Performance Counseling Memo**

As we recently discussed, I have serious concerns regarding your performance.   The issues we discussed are outlined below:

- **CIP Team Action Plans** -
  - o   No template updates, as requested.
  - o   One minor, non-substantive update.
  - o   Unsatisfactory / unacceptable progress on CIP meetings.

- **Safety** –
  - o   No documentation of incident reported to you on April 24, 2003 by Robert Camacho
  - o   Sprinkler/Fire Alarm Incident – Completely ignored colleague's recommendations thus jeopardizing facility security and safety.

- **Downtime** –
  - o   No documentation indicating progress or productive time spent on reprocessing, as requested.
  - o   No consistent timely reporting of production data and downtime data for the mandatory daily morning reports

- **Quality Incident Reporting (QIR's)** –
  - o   Missing or no documentation, as requested to determine Root Cause
  - o   Incomplete or no follow through on QIR's (is this redundant)?

  - o   No follow through on required issues
    - **Straws**
    - **Vortex soak**
    - **Forklift**
    - **Box Clamp**
    - **Creep Test**

– 1 –

**CONFIDENTIAL**
TCC 0215

- **Payroll / Datamatics –**
  - o Inconsistent and/or no follow through of time card approvals as requested, which are expected on a timely basis to meet payroll schedule .
  - o Zero follow-up on Temporary timecard issues.

- **Attendance/Timeliness –**
  - o Chronic tardiness continues
  - o Zero Attendance at required Scorecard Meetings
  - o You should notify your Manager in the event of absence or tardiness – <u>this should not even need to be stated.</u>

Dudley, it is important that you take the responsibility to bring your performance to a "Successfully Meets" level. If your performance does not improve within the next 30 days, further disciplinary action will occur.

Your employment is not guaranteed during the duration of this plan. If you continue to fail to meet the requirements of the action plan or engage in other conduct that is inappropriate during the timeframes outlined, the Company reserves the right to end your employment at any time.

During the timeframe outlined by this Performance Counseling, you are not eligible to post for other positions within the Company.

Our next follow-up will be scheduled on or about June 30, 2003.  I will send you an invitation to confirm our follow-up meeting date and time.

_____  5/23/03          _____
Associate Signature & Date          Manager Signature & Date

cc:    Manager's File
       Associate
       Associate's Permanent File
       Human Resources Representative

CONFIDENTIAL
TCC 0316

EXHIBIT 11



**CONFIDENTIAL**

TO:        **Dudley Thompson**
FROM:      **Darrin Plawinski**
DATE:      **Aug. 11, 2003**
SUBJECT:   **Written Warning**

As we have previously discussed, the company continues to have concerns regarding your performance. On several occasions, meetings have occurred to discuss specific performance issues:

| Date | Type of Discussion | Documentation Completed |
|------|--------------------|--------------------------|
| 10/4/01 | Written Warning | Written Performance Improvement Tool |
| 11/14/01 | Monthly Performance Summary | Written Performance Improvement Tool |
| 12/12/2001 | Written Warning | Written Performance Improvement Tool |
| 5/30/2003 | Performance Counseling | Performance Counseling Memo |

During our previous performance counseling discussion, we reviewed and agreed on specific actions you would take to bring your performance to an acceptable level (Successfully Meets). Since that time, you have failed to bring your performance to a "Successfully Meets" level and I am therefore placing you on a Written Warning.

Over the next **thirty (30)** days your job performance must consistently meet or exceed the required expectations outlined in the attached Written Warning Action Plan. After that time, your performance must be sustained and ongoing. Failure to meet the requirements outlined in the attached Written Warning Action Plan will result in separation from the Company.

It is critical that you recognize the severity of this issue and take the responsibility to bring your performance to an acceptable level (Successfully Meets).

Your employment is not guaranteed during the duration of this plan. If you continue to fail to meet the requirements of the action plan or engage in other conduct that is inappropriate during the timeframes outlined, the Company reserves the right to end your employment at any time.

During the timeframe outlined by the Written Warning Action Plan, you are not eligible to post for other positions within the Company.

You are responsible for bringing your performance to an acceptable level. If you have any questions, or if I can provide you with any additional information, please do not hesitate to contact me.

cc:    D. Plawinski
       D. Thompson
       Human Resources

CONFIDENTIAL
TCC 0212

# WRITTEN WARNING ACTION PLAN

**EMPLOYEE NAME:** Dudley Thompson    **JOB/ROLE:** Production Supervisor

**MANAGER NAME:** Darrin Plawinski

**DATE:** Aug. 11, 2003

## Previous Issue(s) Discussed during Performance Counseling:

| OBJECTIVES (WHAT): | COMPETENCIES (HOW): |
|---|---|
| Objectives from the PDP that are not being met at an acceptable level: | Competency and Example(s) of Performance that are below expectation: (Describe in STAR/AR format) |
| Continuous Improvement Team Action Plans and Progress | Given the directive to lead your team through the Continuous Improvement Process. The process was thoroughly laid out and adequate tools provided for success. |
| | No progress to Date |
| **Actual Results:** None to date | |

## Results of Action Plans (as Defined during Performance Counseling(s):

No progress to date.

Written Warning.Doc

CONFIDENTIAL

CONFIDENTIAL
TCC 0213

## MANAGER'S PERFORMANCE EXPECTATIONS

Expect significant, sustainable progress with the Continuous Improvement Process by:

1. Reporting to Team Meetings on time.
2. Reporting to Team Meetings prepared.
3. Leading your team through the Continuous Improvement Process.
4. Post updates weekly to the Team Action Plan Template.
5. Move the process forward to drive sustainable, tangible change.

## WRITTEN WARNING ACTION PLAN

| OBJECTIVES/(WHAT?) Required actions to be taken. | COMPETENCIES/(HOW?) Required changes in behavior. | MEASURES/TRACKING/SOURCES |
|---|---|---|
| Conduct Continuous Improvement Meetings. | Utilize the tools learned and techniques needed to drive the process forward. | Minimum of one (1) posting with substantial progress to the Team Action Plan Template per week. |

Dates for follow up    Sept. 15, 2003

discussions _____  _____

Your job performance over the next ___30___ days must consistently meet or exceed the required expectations listed in the above Written Warning Action Plan. After that time, your performance must be sustained and ongoing. Failure to meet the above requirements may result in separation from The Company.

Manager Signature: _David B. Garside (signature)_    Date: _5-11-03_

Associate Signature: _(signature)_    Date: _8/11/03_

c:    Manager's File
      Associate
      HR
      Permanent File

-3-

CONFIDENTIAL
TCC 0214

EXHIBIT 12

**TO:**     Diego Garcia

**FROM:**   Dirk Lunsford

**RE:**     Written Performance Improvement Plan

**DATE:**   March 1, 2001               **DRAFT**

This letter is a formal Written Performance Improvement Plan. As indicated by your performance review, significant improvement is required in order for your employment to continue with The Minute Maid Company. It is expected that through your attention to these directives, you will additionally demonstrate improved working relationships with Management Team Members and departmental employees. Within the next 90 days, (by May 31st), I expect to see the following items demonstrated:

1. <u>Demonstrate technical competency by successfully passing Level 1 certification by March 15, 2001.</u>
   - A.    Quality testing.
   - B.    Safety Testing.
   - C.    Operational Testing
   - D.    Make recommendations of needed changes to the Level 1 documentation where appropriate.

2. <u>Leadership by example</u>

   - A.    Strict adherence to shift start times – <u>You</u> must arrive *prior* to 10:15 p.m.
   - B.    Correct the perception by the hourly employees that your office is a clubhouse:
     1. The computer is limited *to business use only.* <u>No</u> internet during **shift hours including lunch, breaks, etc.**
     2. No groups of employees in your office. Focus on one on one interactions and discussions with employees on the factory floor.

3. <u>Coordinate with departmental supervisors to formalize shift handoff routine. This is to ensure that all needed information is communicated. The Plant Manager can suggest a format if necessary.</u>

   - A.    Establish a handoff routine by March 31, 2001, agreed to by all Supervisors.
   - B.    Monthly review April 30.
   - C.    Monthly review May 31.

**CONFIDENTIAL**
TCC 0321

4.  **Develop and maintain weekly graph (by production line and by day) of CIP time versus target**
    A.  Issue weekly beginning week of March 5th.
    B.  Explain variance discrepancy to target.
    C.  Make recommendations for improvement.
    D.  Engage departmental employees in this process.

5.  **Timely completion of 30/60/90 day performance reviews for new employees.**

6.  **Write structured improvement plan for Andrea Curtis by:**

    A.  Review performance on:
    B.  Review performance on:

7.  **Master Sanitation Schedule**
    A.  Issue current items and suggested frequency to be reviewed by department supervisors, quality, maintenance and engineering by March 15, 2001.
    B.  Reach consensus on items by 4/1/01.
    C.  Issue month-end report highlighting variances from plan starting 5/1/01.

8.  **Complete safety assignment (procedural update) by 3/31/01.  Assignment to agreed to with the Plant Manager.**

9.  **Complete departmental TCCCQS assignment  (write procedure) by 5/1/01. Assignment to be agreed to with the Plant Manager.**

10.  **Ensure timely and accurate reporting of required departmental paperwork including spreadsheets effective immediately.**
    A.  Hold reporting quality incident  form
    B.  Weekly production spreadsheet

**CONFIDENTIAL**
**TCC 0322**

EXHIBIT 13



**CONFIDENTIAL**

TO:       **Diego Garcia**

FROM:     **Darrin Plawinski**

DATE:     **May 30, 2003**

SUBJECT:  **Performance Counseling Memo**

- As we have recently discussed I have concerns regarding your performance.   The issues we discussed are outlined below:
-
- <u>**CIP Team Action Plans**</u>  -
    - o No template updates, as requested.
    - o Unsatisfactory / unacceptable progress on CIP.

- <u>**Downtime**</u> –
    - o No documentation indicating progress or productive time spent on reprocessing, as requested.
    - o No consistent timely reporting of production data and downtime data for the mandatory daily morning reports.

- <u>**Quality Incident Reporting (QIR's)**</u> –
    - o  Missing or no documentation, as requested to determine Root Cause.
    - o Incomplete or no follow through on QIR's.
    - o Did not complete QIR for 4,000 cases of hold product.
    - o Did not provide required documentation of polyflow tubing as requested.  Did not provide required documentation of PPE MATRIX by deadline, and when provided was inaccurate.

    - o No follow through on required issues:
        - <u>**Straws**</u>
        - <u>**Vortex soak**</u>
        - <u>**Forklift**</u>
        - <u>**Box Clamp**</u>
        - <u>**Creep Test**</u>

- <u>**Payroll/Datamatics**</u> –
    - o Inconsistent and/or no follow through of time card approvals as requested, which are expected on a timely basis to meet payroll schedule .

– 1 –

**CONFIDENTIAL**
**TCC 0327**

Diego, it is important that you take the responsibility to bring your performance to a "Successfully Meets" level. If your performance does not improve within the next 30 days, further disciplinary action will occur.

Your employment is not guaranteed during the duration of this plan. If you continue to fail to meet the requirements of the action plan or engage in other conduct that is inappropriate during the timeframes outlined, the Company reserves the right to end your employment at any time.

During the timeframe outlined by this Performance Counseling, you are not eligible to post for other positions within the Company.

Our next follow-up will be scheduled on or about June 30, 2003. I will send you an invitation to confirm our follow-up meeting date and time

_____          _____
Associate Signature & Date                    Manager Signature & Date

cc:    Manager's File
        Associate
        Associate's Permanent File
        Human Resources Representative

CONFIDENTIAL
TCC 0328

EXHIBIT 14



**CONFIDENTIAL**

TO:        **Sean Rutherford**

FROM:     **Darrin Plawinski**

DATE:      **June 2,  2003**

SUBJECT:   **Performance Counseling Memo**

As we have recently discussed, I have concerns regarding your performance.   The issues we discussed are outlined below:

- **CIP Team Action Plans  -**
    - No template updates, as requested.
    - One minor, non-substantive update.
    - Unsatisfactory / unacceptable progress on CIP.

- **Downtime –**
    - No documentation indicating progress or productive time spent on reprocessing, as requested.
    - No consistent timely reporting of production data and downtime data for the mandatory daily morning reports

- **Quality Incident Reporting (QIR's) –**
    - Missing or no documentation, as requested to determine Root Cause
    - Incomplete or no follow through on QIR's

    - No follow through on required issues
        - **Straws**
        - **Vortex soak**
        - **Forklift**
        - **Box Clamp**
        - **Creep Test**

- **Payroll / Datamatics –**
    - Inconsistent and/or no follow through of time clock and temporary employee approvals as requested, which are expected on a timely basis to meet payroll schedule .

- **Attendance/Timeliness –** You should notify your Manager in the event of absence or tardiness -- this should not need to be stated.

– 1 –

**CONFIDENTIAL
TCC 0402**

- Safety
  - o **Operating fillers without guards in place**

Sean, it is important that you take the responsibility to bring your performance to a "Successfully Meets" level. If your performance does not improve within the next 30 days, further disciplinary action will occur.

Your employment is not guaranteed during the duration of this plan.  If you continue to fail to meet the requirements of the action plan or engage in other conduct that is inappropriate during the timeframes outlined, the Company reserves the right to end your employment at any time.

During the timeframe outlined by this Performance Counseling, you are not eligible to post for other positions within the Company.

Our next follow-up will be scheduled on or about June 30, 2003.  I will send you an invitation to confirm our follow-up meeting date and time.

_____                    _____
Associate Signature & Date                           Manager Signature & Date


cc:     Manager's File
        Associate
        Associate's Permanent File
        Human Resources Representative

**CONFIDENTIAL
TCC 0403**

EXHIBIT 15



**CONFIDENTIAL**

TO:        **Martin Duval**

FROM:    **Darrin Plawinski**

DATE:    **June 4, 2003**

SUBJECT:    **Performance Counseling Memo**

As we recentlty discussed, I have concerns regarding your performance.   The issues we discussed are outlined below.

- **CIP Team Action Plans** -
    - o   No documentation of updates, as requested.
    - o   Unsatisfactory / unacceptable progress on CIP.

- **Downtime** –
    - o   No documentation indicating progress or productive time spent on reprocessing, as requested.
    - o   No consistent timely reporting of production data and downtime data for the mandatory daily morning reports.

- **Quality Incident Reporting (QIR's)** –
    - o   Missing or no documentation, as requested to determine Root Cause.
    - o   Incomplete or no follow through on QIR's.

    - o   No follow through on required issues
        - **Straws**
        - **Vortex soak**
        - **Forklift**
        - **Box Clamp**
        - **Creep Test**

- **Payroll / Datamatics** –
    - o   Inconsistent and/or no follow through of time clock and temporary employee approvals as requested, which are expected on a timely basis to meet payroll schedule .

- **Supervisory Time Reports** – No documentation, as requested.

– 1 –

CONFIDENTIAL
TCC 0293

Martin, it is important that you take the responsibility to bring your performance to a "Successfully Meets" level. If your performance does not improve within the next 30 days, further disciplinary action will occur.

Your employment is not guaranteed during the duration of this plan. If you continue to fail to meet the requirements of the action plan or engage in other conduct that is inappropriate during the timeframes outlined, the Company reserves the right to end your employment at any time.

During the timeframe outlined by this Performance Counseling, you are not eligible to post for other positions within the Company.

Our next follow-up will be scheduled on or about June 30, 2003. I will send you an invitation to confirm our follow-up meeting date and time.

_____          _____
Associate Signature & Date                 Manager Signature & Date


cc:    Manager's File
       Associate
       Associate's Permanent File
       Human Resources Representative

CONFIDENTIAL
TCC 0294

EXHIBIT 16



**CONFIDENTIAL**

TO:          **Sean Rutherford**

FROM:        **Darrin Plawinski**

DATE:        **July 14, 2003**

SUBJECT:     **Performance Counseling Memo Follow Up**

As we discussed on June 2, 2003, this is a follow up memo to discuss your progress. The issues we discussed are outlined below with comments on progress.

**Objective(s) from the PDP that are not at a "Successfully Meets" level/Actual Results to Date:**

- **CIP Team Action Plans**
  - o  Some progress, as requested.
  - o  Updates in action template on almost a regular basis. For the most part weekly.
  - o  Progress needs to made towards moving from idea documentation to true actionable item plan format.
    - This can be achieved by not only brainstorming the ideas to go after, but also by brainstorming the action plan to implement. Once team has brainstormed and ranked actionable items, notify me to respond to your teams ideas. I will respond immediately to your request.

- **Downtime** –
  - o  Documentation of downtime and productive use of reprocess time has improved.
  - o  Continue to make productive use of reprocess time.
  - o  Continue to update downtime (daily/weekly) as requested.
  - o  Need better consistency with the hourly downtime reconciliation reports.

- **Quality Incident Reporting (QIR's)** –
  - o  QIR follow up has improved.
  - o  Still must utilize daily shift meeting to continue to drill down to root cause of all QIR's.
  - o  Continue to provide additional follow up when requested.

  - o  **Miscellaneous Follow Up**
    - Issue to timely follow up on miscellaneous item has been addressed and corrected.
    - Continue to provide feedback as requested in a timely manner.

**CONFIDENTIAL
TCC 0404**

- **Payroll / Datamatics –**
  - o I have seen improvement with your accountability level with payroll approval.
  - o Temporary Employee time cards have gotten better as your involvement with reconciliation has increased.
  - o Continue to approve DataMatics records on a daily basis.

- **Supervisory Time Reports**
  - o Completed
- **Attendance/Timeliness**
  - o No issues to report
- **Safety**
  - o No issues to report

**Sean, you have shown improvement in many of the areas that we previously have discussed. You have volunteered for project work & assignments and have been doing well towards their completion.**
**You need to work towards getting the Continuous Improvement Team in to an actionable planning team. Your team has generated many ideas, but has not generated the action plan to support on a consistent basis.**
**You also need to work towards maintaining a presence on the production floor for most of your shift. I will work with you over the next month towards getting your presence on the floor in the 90% range.**

Your employment is not guaranteed during the duration of this plan. If you continue to fail to meet the requirements of the action plan or engage in other conduct that is inappropriate during the timeframes outlined, the Company reserves the right to end your employment at any time.

During the timeframe outlined by this Performance Counseling, you are not eligible to post for other positions within the Company.

Our next follow-up is scheduled for **August 19, 2003**

_____          _____
Associate Signature & Date                Manager Signature & Date

cc:    Manager's File
       Associate
       Associate's Permanent File
       Human Resources Representative

**CONFIDENTIAL
TCC 0405**

EXHIBIT 17



**CONFIDENTIAL**

TO:        **Martin Duval**

FROM:      **Darrin Plawinski**

DATE:      **July 15, 2003**

SUBJECT:   **Performance Counseling Memo**

As we discussed on June 4, 2003, this is a follow up memo to discuss your progress.   The issues we discussed are outlined below with comments on your progress.

- **CIP Team Action Plans** -
    o  Progress has begun utilizing the Continuous Improvement Team Process Guidelines.
    o  Need to take next step with process and create more ideas for improvement. To date, only 1 idea has been brainstormed and seen through to the end.
    o  9 ideas were generated on a brainstorming template on 6-9-03. Continue to move forward with that list.
    o  Need to move the ideas on the brainstorming list to the file created by Jim Lane to track the Continuous Improvement Process.
    o  Need to not only brainstorm areas of improvement, but also need to take the next step of brainstorming and ranking possible solutions to these areas.

- **Downtime** –
    o  Productive use of reprocess time is improving.
    o  Must continue to utilize any periods of downtime to have employees work on reprocess.

- **Quality Incident Reporting (QIR's)** –
    o  There has been one instance of no QIR filed for hold product on shift.
    o  Missing a QIR from 7-14-03 on 83cs of product on hold for potential leakers. This must be corrected.

    o  **Miscellaneous Follow Up**
        o  Issues with lack of follow up on miscellaneous issues have been corrected.
        o  Continue to provide feedback and or responses when requested.

- **Payroll / Datamatics** –
    o  Overall DataMatics approval has improved.
    o  Issues with temporary timecards have improved as well with supervisory sign offs at the end of each shift.

– 1 –

**CONFIDENTIAL**
**TCC 0295**

- **Supervisory Time Reports**
  - o  Received documentation for all requested weeks except for week of June 16, 2003.
  - o  All records complete except for this one oversight.

**Martin, you have shown some improvement in many of the areas that were addressed at our last meeting. You have continued to lead team"D" as the high producing work team.**
**You need to improve the progress shown on the Continuous Improvement Team Action Plan Templates. Your team has generated a few great ideas. This needs to continue. You need to lead your team towards not only brainstorming many more ideas for improvement but you also need to lead them towards the formulation of action plans to address these items.**
**You also need to improve your presence on the floor in all departments. I will work with you over the next month to raise your presence level on the floor in all departments to 90%. As part of this effort, I will also need to you complete daily, the hourly reconciliation reports as rolled out last month.**

Your employment is not guaranteed during the duration of this plan.  If you continue to fail to meet the requirements of the action plan or engage in other conduct that is inappropriate during the timeframes outlined, the Company reserves the right to end your employment at any time.

During the timeframe outlined by this Performance Counseling, you are not eligible to post for other positions within the Company.

Our next follow-up is scheduled for **August 19, 2003**

_____            _____
Associate Signature & Date                           Manager Signature & Date

cc:     Manager's File
        Associate
        Associate's Permanent File
        Human Resources Representative

**CONFIDENTIAL**
**TCC 0296**

During our discussion, we agreed you would complete the following actions within the defined timeframes:  **(Describe actions agreed upon and give timeframes for completion)**

**CIP Team Action Plans**

**Downtime**

**Quality Incident Reporting (QIR's)**

**Supervisory Time Reports**

It is important that you take the responsibility to bring your performance to a "Successfully Meets" level. If your performance does not improve within the next ⬛⬛⬛ days, further disciplinary action will occur.

Your employment is not guaranteed during the duration of this plan.  If you continue to fail to meet the requirements of the action plan or engage in other conduct that is inappropriate during the timeframes outlined, the Company reserves the right to end your employment at any time.

During the timeframe outlined by this Performance Counseling, you are not eligible to post for other positions within the Company.

Our next follow-up is scheduled for (date/time/location).

_____          _____
Associate Signature & Date                          Manager Signature & Date

cc:      Manager's File
          Associate
          Associate's Permanent File
          Human Resources Representative

**CONFIDENTIAL**
**TCC 0297**

# EXHIBIT 18



**CONFIDENTIAL**

TO:          **Diego Garcia**

FROM:        **Darrin Plawinski**

DATE:        **July 15, 2003**

SUBJECT:     **Performance Counseling Memo**

As we discussed on May 30, 2003, this is a follow up memo to discuss your progress. The issues we discussed are outlined below with comments on your progress.

- **CIP Team Action Plans -**
    - Of the 6 updates listed since our initial meeting, none of them truly meet the criteria of the Continuous Improvement Team Process.
    - 2 to 3 of the templates do not contain any type of ideas regarding the Continuous Improvement Process. They reference a safety meeting held that week which only pertains to one day during that week.
    - Must begin to post updates on progress to the Continuous Improvement Team action plan template for your team.
    - Must begin to generate brainstorming lists and action plans against those items.
    - Must show much improvement with this process immediately.

- **Downtime**
    - Documentation of downtime and productive use of reprocess time has improved.
    - Continue to utilize all available downtime on the line to get reprocess done.

- **Quality Incident Reporting (QIR's) –**
    - QIR follow up and documentation has improved.
    - Must remember to utilize team meeting to conduct root cause analysis for all QIR's that are generated.
    - Continue to provide additional feedback on a timely basis when requested.

- **Miscellaneous Follow Up**
    - Issues with timely follow up and feedback have been corrected.
    - Communication to team on various issues is now in compliance.
    - Continue to provide timely feedback/follow up when requested.

**CONFIDENTIAL
TCC 0325**

- **Datamatics**
  - o Overall DataMatics approvals have increased with you taking care of your share of the daily approvals.
  - o Temporary employee timecards have also improved as you now sign off daily on hours worked by the temps.
  - o Continue timely approval of all time records.

- **Supervisory Time Reports**
  - o All records are up to date except for one missing record.
  - o Do not have report for weeks of 5-19-03 & 5-26-03.

Diego, you have shown improvements in many of the areas that we previously have discussed. You have championed the paperwork approval process & organization process of the office & files.

You must get the Continuous Improvement Process moving forward. I understand that some things may take the place of a Continuous Improvement meeting (Root Cause analysis of a QIR / Safety Topic for the week) however; there are other days during the week to keep the process moving forward. You must get through the brainstorming process completely and begin brainstorming ideas for action plans around your team's top ideas.

You also need to work on maintaining a presence on the production floor for most of your shift. I will work with you over the next month towards getting your presence on the floor up to the 90% range. As part of that initiative, it is imperative that the hourly reconciliation reports for all lines are consistently filled out.

Your employment is not guaranteed during the duration of this plan. If you continue to fail to meet the requirements of the action plan or engage in other conduct that is inappropriate during the timeframes outlined, the Company reserves the right to end your employment at any time.

During the timeframe outlined by this Performance Counseling, you are not eligible to post for other positions within the Company.

Our next follow-up is scheduled for August 18, 2003 at 10:30am

_____          _____
Associate Signature & Date                Manager Signature & Date


cc:    Manager's File
       Associate
       Associate's Permanent File
       Human Resources Representative

**CONFIDENTIAL
TCC 0326**

EXHIBIT 19

To: Jim Lane

From: Jerry Goodsell

Date: 9-16-03

Subject: Dudley Thompson no-show on 9-15-03

Jim,

In response to your call to me on the evening of 9-15-03, that we had no supervisor show up for second shift, I have completed a fact finding that lead to the events that took place.

On Friday, September 5, Dudley requested that he be permitted to take off Saturday and Sunday due to family obligations. I told him that he was required to work out the shift coverage with the other supervisors and it would have to be approved by Jim Lane. Dudley called Martin Duval for coverage. Dudley asked Martin to cover for him on Saturday and Sunday and in return, Dudley would work for Martin on the back end of his Vacation, allowing Martin two additional days off (9-15 & 9-18). Martin agreed and covered the weekend for Dudley. Dudley reported to Jim Lane that the shift was covered but did not tell me or Jim of the other arrangement of the additional two days that he would cover.

On Monday evening 9-15, at approximately 6:30 PM Jim called me at home to make me aware that no supervisor reported to relieve Diego. I told Jim that I would take care of it and called Diego at the plant. Diego had already started to make arrangements for coverage by asking Donna Harris and Kevin Scott to cover the rest of the shift. Diego told me that he had spoken to Martin. Martin informed Diego that Dudley was covering for him as agreed between the two of them. Diego tried to contact Dudley at home but was not successful. I called Dudley's home and spoke to his son. Dudley was not at home. I asked his son to have him call me at home and that it was urgent. Several minutes later, Diego called me to let me know that Dudley had just called to find out what was going on. Diego filled him in on the situation and Dudley said that he would come in. After hanging up with Diego, I called Dudley's home again and spoke to his son. He said that Dudley had not returned home yet. I again expressed the importance that Dudley calls me immediately. I asked for his cell number and his son said that he didn't have it. Less than ten minutes later, Dudley called me at home. He told me that he didn't know that he was supposed to work. I mentioned the agreement that he made with Martin in exchange for coverage based on Diego's conversation with Martin in prior calls this evening. He said that he was not allowed to do that based on a conversation that Jim had with Sean and Diego on swapping shifts and that Martin needed to cover his shift. I asked him if he covered for Martin and he said no and he thought that Diego would have spoken to Martin because they speak more often. I told Dudley to go to work and to make sure he sees me in the morning to complete this fact finding. I called Jim to brief him on the situation. I called Diego to cancel the coverage. I was informed today, by Donna Harris that Dudley arrived at the plant between 8:00 PM and 8:30 PM.

CONFIDENTIAL
TCC 0062

I met with Dudley this morning at 9:30 AM to discuss the events that took place. The discussion lasted approximately 30 minutes. It was purely fact finding with no coaching or counseling.
Dudley said that it was a foul-up and that sometimes these things happen. He said that in hindsight that he would do things differently and takes full responsibility for his actions.

There are several key areas that I told Dudley that he failed in his responsibility to the Company.

> Dudley made and agreement with Martin to cover his shifts in order to get Saturday and Sunday off and to communicate the agreement to Jim Lane. The only thing that was communicated to Jim was that Martin agreed to cover.

> When Dudley became aware of the shift swapping controversy, he failed to call Martin, Jim, or me.

> When Diego mentioned that he would cover a subject with Martin, thinking that he would be in on his normal shift, Dudley failed to tell Diego that he was covering for Martin.

> I ended the fact finding by telling him that his performance was irresponsible and unacceptable.

CONFIDENTIAL
TCC 0063

EXHIBIT 20

**Jerry P. Goodsell**              To: Dudley B. Thompson/MM/NA/TCCC@TCCC
09/23/2003 02:42 PM                cc: James G. Lane/US/NA/TCCC@TCCC
                                   Subject: SUPERVISOR'S MEETING

Dudley,

I was very disappointed as were your fellow supervisors, that you did not show up for the supervisor's meeting yesterday. We had alot of things to cover that needed consensus in order to set up an efficient working process to eliminate important mistakes. As a result, I a have left the decision process up to them and anything that they submit, you will comply with. You accepted this invitation 12 days ago and forgot. This is unprofessional and unacceptable, and I will no longer tolerate it. I will be discussing this matter further with you after consulting with Jim when he returns.

Jerry

CONFIDENTIAL
TCC 0020

EXHIBIT 21

04/05/2006  14:17     4135968095          SHEA LAW OFFICE                    PAGE  20



January 7, 2004


Mr. Dudley Thompson
340G Riverglade Drive
Amherst, MA  01002


Dear Dudley,

On December 19, 2003 you called Jerry Goodsell, acting Operations Manager, to inform him that you had asked Sean Rutherford to come in to cover the end of your shift on Dec. 20, 2003 because you needed to catch a plane.

Mr. Goodsell inquired as to where you were going because you had never informed him of your plans.  You told Jerry Goodsell that you were going on vacation all of the Christmas week as well as the week after, through New Years.  You stated that you would be returning on Friday, January 2, 2004.

On December 10, 2003, You mentioned some vacation plans to Dennis Williams who instructed you to speak with Jerry Goodsell for authorization since Mr. Williams would not be available in Northampton through the end of the year, and in his absence Mr. Goodsell is the Acting Operations Manager.

Mr. Goodsell informed you that you had not followed the protocol for scheduling vacations as directed by General Manager, Jim Lane.  You told Mr. Goodsell that you had noted it in the Management Vacation Planner on the G Drive.  Mr. Goodsell stated that doing that was not sufficient, and that vacation requests were to be submitted for approval (by the Manager)

Mr. Goodsell asked whether you had arranged for Supervisory coverage during your "vacation" with Martin Duval and you affirmed that you had made the necessary arrangements.

The vacation schedule was checked by Mr. Goodsell the following day to verify your statement that you had input it on the Management Vacation Schedule
It was updated at 1 a.m. on 12/20/03 – **AFTER** you had spoken to Mr. Goodsell.

04/05/2006  14:17    4135968095                SHEA LAW OFFICE

Mr. Goodsell checked with Martin Duval regarding the arranged vacation schedule coverage. Mr. Duval had no information that he needed to cover for you or any other Supervisor, until he opened an email from you on December 20, 2003. In the email to Mr. Duval you informed him about your vacation plans and added that you may take additional time off (past 1/2/04) because you intended to have dental work performed during the "vacation".

On December 30, 2003, you called Sean Rutherford to inform him that he would not be returning "as scheduled with Mr. Goodsell", and would probably be out the following week. Mr. Rutherford informed you that you needed to contact someone with higher authority other than himself. You then left a voice mail for Mr. Goodsell to inform him that your dental work was not complete and that you would be taking a bought vacation day for Jan. 2, 2004, and would be using a full week vacation from January 5 – 9, 2004.

There was no number left for Mr. Goodsell to contact you to and to date you have yet to speak with any authorizing manager.

Dudley, at this time you are considered to be on an unapproved leave of absence. You failed to request vacation time in accordance with the direction of the General Manager and management policy, failed to ensure appropriate coverage was in place for supervising your employees, and you have not reported for work for three weeks. As a result you have placed your position with The Coca-Cola Company in jeopardy.

You are to contact me immediately to set up a meeting with your manager to review this situation. At this time you are placed on an unpaid suspension pending further investigation of this matter. I can be reached at 413-582-6535, or via cell 413-374-7681.

Sincerely,

Celine Lasonde
Human Resources Manager
CCNA
Northampton, MA

EXHIBIT 22

## SEPARATION PROPOSAL

### CSC or HR Representative:   Celine Lasonde

| | |
|---|---|
| Employee Name | Dudley Thompson |
| Job Title | Production Supervisor |
| Employee ID | |
| Job Grade | 9 |
| Organization (Corp, CCNA, Fountain, TMMC) | CCNA |
| Department | Northampton |
| Supervisor | Jim Lane |
| Service Date | 6/12/00 |
| Time in Position | 3 yrs., 7 mos. |
| Race | B |
| Age | 47 |
| Sex | M |
| Last two performance appraisal ratings | 4/03 = SM<br>4/02 = SM<br>4/01 = 3.2 |
| Justification for Separation | **Job Abandonement:**<br><br>On December 10, 2003, Mr. Dudley Thompson mentioned some vacation plans to Mr. Dennis Williams (new Operations Manager relocating from Hightstown). Mr. Williams instructed Mr. Thompson to speak with Mr. Goodsell for authorization since Mr. Williams would not be available in Northampton for the remainder of the year, and in his absence Mr. Goodsell would continue as the Acting Operations Manager.<br><br>On December 19, 2003 Mr. Thompson called Jerry Goodsell, acting Operations Manager, to inform him that he had asked Sean Rutherford to come in to cover the end of his shift on Dec. 20, 2003 because he needed to catch a plane.<br><br>Mr. Goodsell inquired as to where Mr. Thompson was going because he had never informed Mr. Goodsell of such plans. Mr. Thompson told Mr. Goodsell that he was going on vacation all of the Christmas week as well as the week after, through New Years. He stated that he would be returning on Friday, January 2, 2004.<br><br>Mr. Goodsell informed Mr. Thompson that he had not followed the protocol for scheduling vacations as directed by General Manager, |

**ATTORNEY-CLIENT COMMUNICATION; PREPARED AT REQUEST OF LEGAL COUNSEL**

1

CONFIDENTIAL<br>TCC 0272

| | |
|---|---|
| | Jim Lane. Mr. Thompson told Mr. Goodsell that he had noted it in the Management Vacation Planner on the G Drive. Mr. Goodsell stated that doing so was not sufficient, and that vacation requests were to be submitted for approval (by the Manager).

Mr. Goodsell asked whether Mr. Thompson had arranged for Supervisory coverage during said "vacation" with Martin Duval and Mr. Thompson affirmed that he had made the necessary arrangements.

The vacation schedule was checked by Mr. Goodsell the following day to verify the statement Mr. Thompson made that he had input his vacation on the Management Vacation Schedule. The schedule was updated at 1 a.m. on 12/20/03 – **AFTER** he had spoken to Mr. Goodsell.

Mr. Goodsell checked with Martin Duval regarding the arranged vacation schedule coverage. Mr. Duval had no information that he needed to cover for Mr. Thompson, until he opened an email from him on December 20, 2003. In the email to Mr. Duval, Mr. Thompson informed him about his vacation plans and added that he may take additional time off (past 1/2/04) because he intended to have dental work performed during the "vacation".

On December 30, 2003, Mr. Thompson called Sean Rutherford to inform him that he would not be returning "as scheduled with Mr. Goodsell", and would probably be out the following week. Mr. Rutherford informed him to contact someone with higher authority other than himself. Mr. Thompson then left a voice mail for Mr. Goodsell to inform him that his dental work was not complete and that he would be taking a bought vacation day for Jan. 2, 2004, and would be using a full week vacation from January 5 – 9, 2004.

There was no number left for Mr. Goodsell to contact Mr. Thompson, and as of January 9, 2004 he has yet to speak with any authorizing manager.

At this time Mr. Thompson is considered to have abandoned his position with the company. He failed to request vacation time in accordance with the direction of the General Manager and management policy, failed to ensure appropriate coverage was in place for supervising his employees, and he has not reported for work for three weeks. |
| Risks or Special Circumstances | None |

**ATTORNEY-CLIENT COMMUNICATION; PREPARED AT REQUEST OF LEGAL COUNSEL**

CONFIDENTIAL
TCC 0273

| | |
|---|---|
| Brief description of known similar cases | None |
| Severance pay proposal, if any* | None |
| Other benefits proposed (e.g., outplacement) | None |
| Timeline for notice and separation | Immediately |

*Include justification for any proposal outside Severance Plan guidelines.

**ATTORNEY-CLIENT COMMUNICATION; PREPARED AT REQUEST OF LEGAL COUNSEL**

3

**CONFIDENTIAL
TCC 0274**

Please attach any supporting documentation (e.g., PIPs, warnings, performance reviews).
**Management and HR Approval:**

Employee's Manager: _Dennis A. Williams_    _1/22/04_
                     Signature                Date

Print Name: _Dennis A. Williams_
Title: _Branch Production manager_

Next Level of Management: _____    _1/22/04_
                          Signature          Date

Print Name: _Jim Lane_
Title: _GENERAL MANAGER_

Human Resources Director for Business Unit: _Celine Lasonde_    _1-22-04_
                                            Signature          Date

Print Name: _Celine Lasonde_
Title: _HR Mgr_

---

**Separation Committee Notes and Comments:**

**Separation Committee Approval:**

_Linda F. Spence_                    _1-26-04_
Committee Representative              Date

separationproposal.doc

**ATTORNEY-CLIENT COMMUNICATION; PREPARED AT REQUEST OF
LEGAL COUNSEL**

4

**CONFIDENTIAL
TCC 0275**

EXHIBIT 23



January 23, 2004

Mr. Dudley Thompson
360G Riverglade Drive
Amherst, MA  01002

Dear Dudley:

After a thorough and complete investigation of your unauthorized absences from Dec. 20, 2003 through January 9, 2004; the Company has decided to more forward with termination.  Your employment is therefore terminated effective January 22, 2004.

We will collect your personal belongings and forward them to you shortly.

You will be paid for any pro-rated amount of unused vacation due you.  This payment will be processed by Pro-Business, the company that processes our payroll.  You will be notified of other related benefits information through Coca-Cola's Atlanta office, COBRAServe or through Hewitt and Associates.

Sincerely,

Celine Lasonde
Human Resources Manager
Coca-Cola North America
Northampton, MA


cc:  J. Lane
     C. Spain
     R. Lynn