## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

DUDLEY THOMPSON,

               Plaintiff,

v.                                    Civil Action No.  3:05CV30168

THE COCA-COLA COMPANY,

               Defendant.

### DECLARATION OF JAMES LANE

I, James Lane, under oath do depose and state that:

1.     I am the Plant Manager at The Coca-Cola Company's ("Coca-Cola") Northampton Massachusetts plant.  In this capacity, I have personal knowledge of the facts contained in this affidavit or in said capacity, have access to the business records of the Company relied on to make the statements in this affidavit.  Such records were created and maintained on Coca-Cola's proprietary computer system in good faith and in the regular course of business at Coca-Cola. To the best of my knowledge, the records are true and accurate.

2.     For over 100 years, Coca-Cola has been a world leader in the manufacture and distribution of non-alcoholic beverages.

3.     Coca-Cola now operates in more than 200 countries and it considers the diversity of its workforce to be one of its core assets.

4.     The Northampton Plant was opened in 1995 and it produces various types of noncarbonated beverages ("NCB") including juices, and Coca-Cola's POWERade® sports drink.

5.    As a production facility, the Plant has large heavy manufacturing equipment with a number of employees on an assembly line who make sure that the product is produced and bottled consistent with the Company's specifications for each type of product.

6.    During the course of Thompson's employment, the Plant operated three production lines — two producing bottled drinks such as POWERade® and the other producing juice drinks in "pouch" containers mainly marketed to kids.

7.    In or about June 2000, Jerry Goodsell interviewed Thompson and recommended that he be hired. As a result, Thompson was hired as one of the Plant's four Production Supervisors.

8.    The Production Supervisors are required to arrive at least 30 minutes before the beginning of the shift to meet with the Production Supervisor for the preceding shift. This meeting is a critical transition period for the Plant because the outgoing Production Supervisor shares critical production information regarding the equipment, personnel, etc. For instance, if adjustments needed to be made to the equipment, this meeting would provide an opportunity for the Production Supervisors to discuss what needed to be done.

9.    All of the Production Supervisors reported either to the Production Manager or directly to the Plant Manager.

Signed under the penalties of perjury this 31th day of AUGUST 06 .

_____
James Lane

# 4009644_v1

- 2 -

CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 1, 2006.

                   /s/ Damon P. Hart

                   Damon Hart