UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DUDLEY THOMPSON,

               Plaintiff,

v.

THE COCA-COLA COMPANY,

               Defendant.

Civil Action No. 3:05CV30168

## DECLARATION OF DIEGO GARCIA

I, Diego Garcia, do hereby depose and say:

1. I am a Production Supervisor for the Coca-Cola Company in its North Hampton, Massachusetts, Plant. In this capacity, I have personal knowledge of the facts contained in this affidavit.

2. I have worked in this capacity at Coca-Cola since April 5, 1999.

3. I worked with the plaintiff, Dudley Thompson, who was also a Production Supervisor, from June 2000 until December 2003, when the plaintiff went on vacation and never returned to the job.

4. During this time period, both Mr. Thompson and I have always reported to the same direct supervisor.

5. I am a Latino American and I have never been treated differently in the terms and conditions of my employment by Coca-Cola because of my race.

6. Moreover, I am not aware of any instance in which Coca-Cola employees were treated differently in the terms or conditions of their employment because of their race.

#3441206 v1

- 2 -

7. I am familiar with Coca-Cola's policies regarding personal vacation time. These policies applied to all supervisors, which included me and Mr. Thompson. To my understanding, these policies require a supervisor to do the following before a vacation request will be approved:

- Obtain coverage with one of the three other Production Supervisors;
- Request personal vacation time from my direct manager by email,
- Notify the other Production Supervisors, and
- Enter the requested vacation time into a comprehensive computerized spreadsheet maintained on the plant's computer system.

8. I am familiar with the circumstances concerning the termination of Mr. Thompson's employment. I have no reason to believe that his race was a factor in his termination. In my opinion, any employee who took unauthorized vacation time in the same manner as Mr. Thompson would have been terminated regardless of their race.

SWORN under the penalties of perjury this *19* day of December, 2005.

_____
Diego Garcia

#3441206 v1

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 1, 2006.

        /s/ Damon P. Hart
        Damon Hart