UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| DUDLEY THOMPSON,<br><br>                  Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>                  Defendant. | Civil Action No. 3:05CV30168 |

## **DECLARATION OF MARTIN DUVAL**

I, Martin Duval, do hereby depose and say:

1.    I am a Production Supervisor for the Coca-Cola Company in its Northampton, Massachusetts, Plant. In this capacity, I have personal knowledge of the facts contained in this affidavit.

2.    I have worked in this capacity at Coca-Cola since May 29, 2001.

3.    I worked with the plaintiff, Dudley Thompson, who was also a Production Supervisor, this date until December 2003, when the plaintiff went on vacation and never returned to the job.

4.    In December 2003, both Mr. Thompson and I reported to the same direct supervisor. I worked the complementary shift to Mr. Thompson's; meaning that either he or I were working at all times while the plant was open. Thus, we had to cover each other's vacation and sick days.

5.    The first notice that I received about Mr. Thompson's December 2003 vacation was through an email that was sent at 10:27 p.m. on December 18, 2003, a day that I had off. As a result, I did read Mr. Thompson's email until I reported to work on December 21, 2003.

#3457896 v1

6.  It was through this email that I learned that I would have to cover all of Mr. Thompson's shifts from December 23, 2003 until January 7, 2004. Mr. Thompson had not obtained my agreement to cover his shifts prior to leaving for his vacation. Therefore, I had no choice but to cover his shifts, which, given the holiday season, was a great inconvenience to me.

7.  In fact, during December 2003 and January 2004, Mr. Thompson's last minute vacation caused me to have to work more than 40 days consecutively.

8.  I am familiar with Coca-Cola's policies regarding personal vacation time. These policies applied to all supervisors, which included me and Mr. Thompson. To my understanding, these policies require a supervisor to do the following before a vacation request will be approved:

- Obtain coverage with one of the three other Production Supervisors;
- Request personal vacation time from the Plant Manager in writing, and
- Enter the requested vacation time into a comprehensive computerized spreadsheet maintained on the plant's computer system.

9.  Due, in part, to its impact on my schedule in December 2003, I am familiar with the circumstances concerning the termination of Mr. Thompson's employment. I have no reason to believe that his race was a factor in his termination. In my opinion, any employee who took unauthorized vacation time in the same manner as Mr. Thompson would have been terminated regardless of their race.

SWORN under the penalties of perjury this ___ day of December, 2005.

Martin Duval

#3457896 v1

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 1, 2006.

/s/ Damon P. Hart
Damon Hart