UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30168-MAP

DUDLEY THOMPSON,
                Plaintiff

v.

THE COCA-COLA COMPANY
                Defendant

**PLAINTIFF'S (ASSENTED-TO) MOTION FOR ENLARGEMENT OF TIME (BY FIVE DAYS) TO SERVE AND FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, Dudley Thompson, in the instant case, and respectfully requests that this Court allow his (Assented-To) Motion For Enlargement Of Time (By Five Days) To Serve And File Plaintiff's Opposition To Defendant's Motion For Summary Judgment, from October 1, 2006 to October 6, 2006 for the following reasons:

1. The Plaintiff requests a five-day enlargement of time within which to respond to the Defendant's Motion for Summary Judgment, given the numerous factual and legal issues involved.

2. Counsel for the Plaintiff is currently scheduled to attend several depositions, hearings, and mediations and, is currently expending a large amount of time in trial preparation for litigation in Hampden County Superior Court.

3. Counsel for the Plaintiff is down an associate attorney and, therefore, must make all scheduled court and other appearances.

4. Counsel for the Defendant has expressed his assent to this Motion.

5.  Plaintiff's Counsel assents to the Defendant's enlargement of time by five days from the date currently set for Defendant's Counsel to file the Defendant's reply memorandum in response to Plaintiff's Motion in Opposition of Summary Judgment.

WHEREFORE, the Plaintiff respectfully requests that this Court grant the within Motion to extend the time to serve and file her summary judgment opposition by five days from October 1, 2006 to October 6, 2006, and for an extension of five days for the Defendant to file its reply memorandum.

| Respectfully submitted: | Assented-To: |
|---|---|
| The Plaintiff<br>DUDLEY THOMPSON | The Defendant<br>THE COCA-COLA COMPANY |
| By: /s/ Michael O. Shea<br>    Michael O. Shea, Esq.<br>    BBO No. 555474<br>    Counsel for the Plaintiff<br>    Law Office Of Michael O. Shea, P.C.<br>    451 Main Street<br>    Wilbraham, MA 01095<br>    Telephone No.: (413)596-8005<br>    Facsimile No.: (413)596-8095 | By: /s/ Damon P. Hart<br>    Damon P. Hart, Esq.<br>    BBO No. 644586<br>    Counsel for the Defendant<br>    Holland & Knight, LLP<br>    10 St. James Avenue<br>    Boston, MA 02116<br>    Telephone No.: (617)523-2700<br>    Facsimile No.: (617)523-6850 |

Dated:  September 14, 2006