UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30168-MAP



DUDLEY THOMPSON,
        Plaintiff

v.

THE COCA-COLA COMPANY,
        Defendant

### AFFIDAVIT OF MICHAEL O. SHEA

I, Michael O. Shea, under oath do hereby depose and say as follows:

1. I make this Affidavit on personal knowledge.

2. I am an Attorney with an office located at 451 Main Street, Wilbraham, Massachusetts 01095, and I represent the Plaintiff in the above-entitled action.

3. The Exhibits attached hereto contain true and accurate copies of following documents produced in the discovery phase of this litigation and otherwise:

    Exhibit 1:   Deposition of Walter C. Klenzing

    Exhibit 2:   Deposition of Gerard P. Goodsell

    Exhibit 3:   Deposition of Dennis Allen Williams

    Exhibit 4:   Deposition of Dudley Thompson

    Exhibit 5:   Deposition of James G. Lane

    Exhibit 6:   Deposition of Martin Wayne Duval

    Exhibit 7:   Deposition of Diego Garcia

    Exhibit 8:   Deposition of Celine Lasonde

2

Exhibit 9:     Performance Valuation Worksheet

Exhibit 10:    Separation Proposal


Signed under the pains and penalties of perjury this 6th day of October, 2006.

*/s/ Michael O. Shea*
Michael O. Shea

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.