UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30168-MAP

DUDLEY THOMPSON,
          Plaintiff

v.

THE COCA-COLA COMPANY
          Defendant

## DEFENDANT'S (ASSENTED-TO) MOTION FOR ENLARGEMENT OF TIME TO SERVE AND FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, The Coca-Cola Company, respectfully requesting that this Court allow its (Assented-to) Motion for Enlargement of Time to Serve and File Defendant's Reply to Plaintiff's Opposition to Defendant's Motion For Summary Judgment, from November 13, 2006 until December 6, 2006 for the following reasons:

1. The Defendant requests this short enlargement of time within which to respond to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment, given the numerous factual and legal issues involved. This brief extension will not affect any of the other deadlines in this case.

2. Counsel for the Defendant requests this extension to attend to pressing family and personal matters.

3. Counsel for the Plaintiff has expressed his assent to this Motion.

WHEREFORE, the Defendant respectfully requests that this Court grant this Motion for Enlargement of Time to Serve and File Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment from November 13, 2006 to December 6, 2006.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Assented-to: | |
| The Plaintiff | The Defendant |
| DUDLEY THOMPSON | THE COCA-COLA COMPANY |
| | |
| By: /s/ Michael O. Shea | By: /s/ Damon P. Hart |
| Michael O. Shea, Esq. | Damon P. Hart, Esq. |
| BBO No. 555474 | BBO No. 644586 |
| Counsel for the Plaintiff | Counsel for the Defendant |
| Law Office Of Michael O. Shea, P.C. | Holland & Knight, LLP |
| 451 Main Street | 10 St. James Avenue |
| Wilbraham, MA 01095 | Boston, MA 02116 |
| Telephone No.: (413) 596-8005 | Telephone No.: (617) 523-2700 |
| Facsimile No.: (413) 596-8095 | Facsimile No.: (617) 523-6850 |

Dated: October 24, 2006

# 4125570_v1