# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUDLEY THOMPSON,<br>    Plaintiff(s)<br><br>    v.<br><br>THE COCA COLA COMPANY,<br>    Defendant(s) | )<br>)<br>)<br>)   CIVIL ACTION NO. 3:05 -30168 -MAP<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant The Coca Cola Company, against the plaintiff Dudley Thompson, pursuant to the court's memorandum and order entered this date, granting the defendants motion for summary judgment.

                             **SARAH A. THORNTON**,
                             CLERK OF COURT

Dated:  July 16, 2007              By /s/ *Maurice G. Lindsay*
                             Maurice G. Lindsay
                             Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                    [jgm.]