UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30168-MAP

DUDLEY THOMPSON,
          Plaintiff

v.

THE COCA-COLA COMPANY,
          Defendant

## PLAINTIFF'S NOTICE OF APPEAL (F.R.A.P. RULES 3 AND 4)

Notice is hereby given that the Plaintiff, Dudley Thompson, hereby appeals to the United

States Court of Appeals for the First Circuit from the Judgment of the District Court (Justice

Michael A. Ponsor) in the above-captioned matter, granting summary judgment on all counts to

the Defendant, dated and entered July 16, 2007 in the District Court, and from the Memorandum

Regarding Defendant's Motion For Summary Judgment. (See Docket Entry No. 15).


The Plaintiff
DUDLEY THOMPSON
By His Attorney


_____
MICHAEL O. SHEA, ESQ.
BBO No.: 555474
Law Office Of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA  01095
Telephone: (413)596-8005
Facsimile: (413)596-8095

Date:  July 16, 2007

## CERTIFICATE OF SERVICE

I, Michael O. Shea, hereby certify that on this 16th day of July, 2007, I served the foregoing document by mailing a copy of the same to Counsel of Record for the Defendant, Damon P. Hart, Esq., Holland & Knight, LLP, 10 St. James Avenue, Boston, MA 02116.

Michael O. Shea