*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-30168-MAP

DUDLEY THOMPSON,

v.

THE COCA-COLA COMPANY

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S  1 - 32

and contained in    1    Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  7/16/07         .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:  /s/ Mary Finn

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:        _____

APPEAL

# United States District Court
# District of Massachusetts (Springfield)
# CIVIL DOCKET FOR CASE #: 3:05-cv-30168-MAP
# Internal Use Only

Thompson v. The Coca-Cola Company
Assigned to: Judge Michael A Ponsor
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 07/20/2005
Date Terminated: 07/16/2007
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Dudley Thompson**     represented by **Michael O. Shea**
Law Office of Michael O. Shea
451 Main St.
Wilbraham, MA 01095
413-596-8005
Fax: 413-596-8095
Email: owenshea@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Coca-Cola Company**     represented by **Damon P. Hart**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
617-523-2700
Fax: 617-523-6850
Email: dphart@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven H. Wright**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
617-523-2700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2005 | 1 | COMPLAINT against The Coca-Cola Company Filing fee: $ 250.00, receipt number 306001, filed by Dudley Thompson. (Attachments: # 1 Cover & Category Sheets)(Lindsay, Maurice) (Entered: 07/20/2005) |
| 07/20/2005 | 2 | CORPORATE DISCLOSURE STATEMENT by The Coca-Cola Company. (Lindsay, Maurice) (Entered: 07/20/2005) |
| 07/20/2005 | 3 | Magistrate Judge Kenneth P. Neiman. ORDER OF RECUSAL ENTERED, cc:cl.(Healy, Bethaney) (Entered: 07/20/2005) |
| 07/20/2005 |  | Case Reassigned to Judge Michael A Ponsor. Magistrate Judge Kenneth P. Neiman no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Healy, Bethaney) (Entered: 07/20/2005) |
| 07/27/2005 | 4 | STATE COURT Record filed. The Coca-Cola Company served on 7/1/2005, answer due 7/21/2005.. (Stuckenbruck, John) (Entered: 07/27/2005) |
| 07/28/2005 |  | Remark Correction to Docket by Clerk, Docket no. 5 deleted due to error (French, Elizabeth) (Entered: 07/28/2005) |
| 08/01/2005 | 5 | STIPULATION *regarding Filing Answer or Response to Complaint* by Dudley Thompson, The Coca-Cola Company. (Hart, Damon) (Entered: 08/01/2005) |
| 08/11/2005 | 6 | ANSWER to Complaint with Jury Demand by The Coca-Cola Company.(Hart, Damon) (Entered: 08/11/2005) |
| 08/18/2005 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 10/11/2005 at 02:00 PM in Courtroom 1 before Judge Michael A Ponsor; cc/cl. (Finn, Mary) (Entered: 08/18/2005) |
| 10/04/2005 | 8 | JOINT STATEMENT re scheduling conference. (Hart, Damon) (Entered: 10/04/2005) |
| 10/07/2005 | 9 | CERTIFICATION pursuant to Local Rule 16.1 by The Coca-Cola Company.(Hart, Damon) (Entered: 10/07/2005) |
| 10/11/2005 | 10 | CERTIFICATION pursuant to Local Rule 16.1 by Dudley Thompson.(Shea, Michael) (Entered: 10/11/2005) |
| 10/11/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Scheduling Conference held on 10/11/2005. Court adopts proposed schedule submitted by counse; Order to issue (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 10/11/2005) |
| 10/12/2005 | 11 | Judge Michael A Ponsor : PRETRIAL SCHEDULING ORDER entered: All non-expert discovery due by 4/15/2006, any motions pursuant to Fed. R.Civ. P. 56 due by 6/1/2006, all expert deposition due |

| | | |
|---|---|---|
| | | by 9/30/2006. See the attached order for complete details. cc/cl (Lindsay, Maurice) (Entered: 10/12/2005) |
| 10/21/2005 | 12 | STIPULATION *Regarding the Filing of Initial Disclosures* by The Coca-Cola Company. (Hart, Damon) (Entered: 10/21/2005) |
| 04/04/2006 | 13 | STIPULATION *of Confidentiality and Protective Order* by Dudley Thompson, The Coca-Cola Company. (Hart, Damon) (Entered: 04/04/2006) |
| 05/04/2006 | 14 | Joint MOTION to Modify Scheduling Order Deadlines by Dudley Thompson, The Coca-Cola Company.(Hart, Damon) (Entered: 05/04/2006) |
| 05/08/2006 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting the parties Joint 14 Motion for Modification of the scheduling order deadlines; cc/cl. (Finn, Mary) (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE issued to Attorney Steven H. Wright regarding mandatory registration with ECF in compliance with the Standing Order entered by Judge Ponsor and Magistrate Judge Neiman. (Finn, Mary) (Entered: 05/08/2006) |
| 05/08/2006 | | Set/Reset Deadlines pursuant to the allowance of the parties joint 14 motion t modify the scheduling order deadlines. All non-exert Discovery to be completed by 7/15/2006. Set Dispositive Motions due by 9/1/2006. Opposition to dispositive motions due 10/01/2006, replies due by 11/01/2006. (Case ready for trial 12/01/2006) (Finn, Mary) (Entered: 05/08/2006) |
| 09/01/2006 | 15 | MOTION for Summary Judgment *by Defendant The Coca-Cola Company* by The Coca-Cola Company.(Hart, Damon) (Entered: 09/01/2006) |
| 09/01/2006 | 16 | MEMORANDUM in Support re 15 MOTION for Summary Judgment *by Defendant The Coca-Cola Company* filed by The Coca-Cola Company. (Hart, Damon) (Entered: 09/01/2006) |
| 09/01/2006 | 17 | STATEMENT of facts *pursuant to Local Rule 56.1.* (Hart, Damon) (Entered: 09/01/2006) |
| 09/01/2006 | 18 | AFFIDAVIT in Support re 15 MOTION for Summary Judgment *by Defendant The Coca-Cola Company.* (Attachments: # 1 Exhibit Exhibit 1, Part 1# 2 Exhibit Exhibit 1, Part 2# 3 Exhibit Exhibit 1, Part 3# 4 # 5 Exhibit Exhibit 2# 6 Exhibit Exhibit 4# 7 Exhibit Exhibit 5# 8 Exhibit Exhibit 6# 9 Exhibit Exhibit 7)(Hart, Damon) (Entered: 09/01/2006) |
| 09/01/2006 | 19 | DECLARATION *of Celine Lasonde* by The Coca-Cola Company. (Attachments: # 1 Exhibit Lasonde Exhibit 1# 2 Exhibit Lasone Exhibit 2# 3 Exhibit Lasone Exhibit 3# 4 Exhibit Lasone Exhibit 4# 5 Exhibit Lasone Exhibit 5# 6 Exhibit Lasone Exhibit 6# 7 Exhibit Lasone Exhibit 7# 8 Exhibit Lasone Exhibit 8# 9 Exhibit Lasone Exhibit 9# 10 |

| | | |
|---|---|---|
| | | Errata Lasone Exhibit 10# 11 Exhibit Lasone Exhibit 11# 12 Exhibit Lasone Exhibit 12# 13 Exhibit Lasonde Exhibit 13# 14 Exhibit Lasonde Exhibit 14# 15 Exhibit Lasonde Exhibit 15# 16 Exhibit Lasonde Exhibit 16# 17 Exhibit Lasonde Exhibit 17# 18 Exhibit Lasonde Exhibit 18# 19 Exhibit Lasonde Exhibit 19# 20 Exhibit Lasonde Exhibit 20# 21 Exhibit Lasonde Exhibit 21# 22 Exhibit Lasonde Exhibit 22# 23 Exhibit Lasonde Exhibit 23)(Hart, Damon) (Entered: 09/01/2006) |
| 09/01/2006 | 20 | DECLARATION *of James Lane* by The Coca-Cola Company. (Hart, Damon) (Entered: 09/01/2006) |
| 09/01/2006 | 21 | DECLARATION *of Sean Rutherford* by The Coca-Cola Company. (Hart, Damon) (Entered: 09/01/2006) |
| 09/01/2006 | 22 | DECLARATION *of Diego Garcia* by The Coca-Cola Company. (Hart, Damon) (Entered: 09/01/2006) |
| 09/01/2006 | 23 | DECLARATION *of Martin Duval* by The Coca-Cola Company. (Hart, Damon) (Entered: 09/01/2006) |
| 09/14/2006 | 24 | First MOTION for Extension of Time to October 6, 2006 to File Response/Reply by Dudley Thompson.(Shea, Michael) (Entered: 09/14/2006) |
| 09/20/2006 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting 24 Motion for Extension of Time to File Opposition by 10/6/2006. cc/cl (Lindsay, Maurice) (Entered: 09/20/2006) |
| 10/06/2006 | 25 | MEMORANDUM in Opposition re 15 MOTION for Summary Judgment *by Defendant The Coca-Cola Company* filed by Dudley Thompson. (Shea, Michael) (Entered: 10/06/2006) |
| 10/06/2006 | 26 | Plft's Statement of Material Facts L.R. 56.1 in support of their 25 memorandum in opp. to the Deft's motion for S/J and in opp. to 15 MOTION for Summary Judgment *by Defendant The Coca-Cola Company* filed by Dudley Thompson. (Attachments: # 1 part 2)(Finn, Mary) (Entered: 10/06/2006) |
| 10/06/2006 | 27 | Pltf's AFFIDAVIT of Michael O. Shea in Opposition re 15 MOTION for Summary Judgment *by Defendant The Coca-Cola Company* and in support of 25 filed by Dudley Thompson. (Attachments: # 1 Exhibit 1 - 10)(Finn, Mary) (Entered: 10/06/2006) |
| 10/24/2006 | 28 | Assented to MOTION for Extension of Time to December 6, 2006 to to serve and file reply to plaintiff's opposition to defendant's motion for summary judgment by The Coca-Cola Company.(Hart, Damon) (Entered: 10/24/2006) |
| 11/29/2006 | | Judge Michael A Ponsor : endorsedORDER entered granting 28 Motion for Extension of Time to file reply by 12/6/06 (French, Elizabeth) (Entered: 11/29/2006) |

| 12/06/2006 | 29 | REPLY to Response to Motion re 15 MOTION for Summary Judgment *by Defendant The Coca-Cola Company* filed by The Coca-Cola Company. (Hart, Damon) (Entered: 12/06/2006) |
|---|---|---|
| 12/11/2006 |  | ELECTRONIC NOTICE of Hearing on Motion 15 MOTION for Summary Judgment *by Defendant The Coca-Cola Company*: Motion Hearing set for 3/8/2007 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 12/11/2006) |
| 03/08/2007 |  | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor : Motion Hearing held on 3/8/2007 re 15 MOTION for Summary Judgment *by Defendant The Coca-Cola Company* filed by The Coca-Cola Company. (Clerk note docketed late due to error) (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 06/25/2007) |
| 07/16/2007 | 30 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered granting Dft's 15 Motion for Summary Judgment. See the attached memo & order for complete details. cc/cl (Lindsay, Maurice) (Entered: 07/16/2007) |
| 07/16/2007 | 31 | Judge Michael A Ponsor : ORDER entered. JUDGMENT in favor of Defendant The Coca Cola Company against Plaintiff Dudley Thompson. cc/cl(Lindsay, Maurice) (Entered: 07/16/2007) |
| 07/16/2007 | 32 | NOTICE OF APPEAL as to 30 Order on Motion for Summary Judgment, 31 Judgment by Dudley Thompson filed. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 8/6/2007. (Finn, Mary) (Entered: 07/16/2007) |
| 07/16/2007 |  | USCA Appeal Fees received $ 455.00 receipt number 306608 re 32 Notice of Appeal, filed by Dudley Thompson. (Finn, Mary) (Entered: 07/16/2007) |