## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-30168-MAP

DUDLEY THOMPSON,

v.

THE COCA-COLA COMPANY

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S 1 - 32

and contained in     1     Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/16/07          .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:  /s/ Mary Finn

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date:  7-25-07  .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:        07-2107