# United States Court of Appeals
## For the First Circuit

No. 07-2107



DUDLEY THOMPSON,

Plaintiff, Appellant,

v.

THE COCA-COLA COMPANY,

Defendant, Appellee.

---

**JUDGMENT**

Entered: April 15, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/13/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Wright, Mr. Shea, & Mr. Hart.